QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Lance Yang (SBN 260705)
  lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Attorney for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., | CASE NO. 2:20-cv-00169-JAK (DFMx) |
| Plaintiff, | **DEFENDANT'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR A STAY PENDING ITC PROCEEDING;** |
| vs. | |
| GOOGLE LLC, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| Defendant. | |
| | Judge:         Hon. John A. Kronstadt |
| | Hearing Date:   May 11, 2020 |
| | Hearing Time:   8:30 a.m. |
| | Courtroom:      10B |
| | Complaint Filed; Jan. 7, 2020 |
| | Trial Date:  None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that on May 11, 2020 at 8:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom 10B of the above entitled Court, located at First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, before the Honorable John A. Kronstadt, Defendant Google LLC ("Google") will and hereby does move this Court, pursuant to 28 U.S.C. § 1659(a), to stay Plaintiff Sonos, Inc.'s ("Sonos") claims for patent infringement against Google pending resolution of proceedings filed by Sonos in the United States International Trade Commission (the "Commission") (Investigation No. 337-TA-1191). 28 U.S.C. § 1659(a) provides that, at the request of a respondent in an action pending before the Commission, a district court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." Sonos' claims for patent infringement in this case involve the same issues involved before the Commission, as Sonos asserts the same patents against the same accused devices in both matters. The requested stay is both mandatory and automatic provided the respondent requests the stay within (1) thirty days after the party is named as a respondent in the proceeding before the Commission, or (2) thirty days after the district court action is filed, whichever is later. This request is timely, as Google was named as a respondent in the Commission proceedings on February 6, 2020.

     This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 14, 2020. Sonos has indicated that it does not oppose the Motion or its filing fewer than seven days after the conference. Declaration of Lance Yang ("Decl.") ¶ 4.

1    DATED: February 18, 2020          Respectfully submitted,

2                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
3

4                                      By _____

5                                         LANCE YANG (SBN 260705)
                                          Attorney for Defendant Google LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 28 U.S.C. § 1659 and this Court's inherent power to control its docket, Defendant Google LLC respectfully moves for an Order, substantially similar to the proposed order attached hereto, staying the above-captioned matter,[1] including all currently-scheduled deadlines, until the determination of the United States International Trade Commission ("ITC") in *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same*, Inv. No. 337-TA-1191 (the "1191 Investigation"), becomes final.  Plaintiff Sonos Inc. has indicated that it does not oppose this motion.  The grounds for this motion are as set forth below.

On January 7, 2020, Plaintiff filed the complaint underlying the present action before this Court.  Dkt. No. 1.  The current deadline for Defendant to answer the complaint is March 2, 2020.  Dkt. No. 24 (stipulation extending deadline).  The complaint alleges that Defendant infringes United States Patent Nos. 8,588,949, 9,195,258, 9,219,959, 10,209,953, and 10,439,896.  Dkt. No. 1.  On the same day it filed the complaint in this action, Plaintiff filed a complaint in the ITC alleging a violation of Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 ("Section 337") based on alleged infringement of the same five patents.  The ITC complaint names Google LLC and Alphabet Inc. as respondents.  Decl. Ex. 1.  The ITC instituted an investigation (the 1191 Investigation) based on this ITC complaint on February 6, 2020.  *Id.* Ex. 2.  Thus, at present, the sole defendant in this civil action (Google LLC) is named as a respondent in the 1191 Investigation, and all patents that are asserted in this action are also asserted in the 1191 Investigation.

28 U.S.C. § 1659(a) provides as follows:  "In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the

---

[1] In requesting a stay, Defendant expressly reserves all of its objections and defenses to Plaintiffs' complaint, including, without limitation, any defenses based on lack of jurisdiction and improper venue.

civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the commission, but only if such request is made within (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or (2) 30 days after the district court action is filed, whichever is later."

Plaintiff and Defendant are parties to both this action and the 1191 Investigation, and the two proceedings involve substantially the same issues, namely the alleged infringement of the same five patents (United States Patent Nos. 8,588,949, 9,195,258, 9,219,959, 10,209,953, and 10,439,896). This request is timely. The thirty-day period under 28 U.S.C. § 1659(a)(1) did not begin to run until February 6, 2020, the day the ITC instituted the 1191 Investigation and named the Defendant here as a respondent in its Notice of Investigation. Decl. Ex. 2 at 2; 19 C.F.R. § 210.3 (defining "respondent" as "any person named in a notice of investigation"). This motion is unopposed.

Defendant therefore respectfully requests a stay of this civil action in its entirety pending final resolution of the 1191 Investigation, including any and all appeals. This stay extends the time for Defendant to respond to the complaint, including, but not limited to, any defenses based on lack of jurisdiction and improper venue.

Furthermore, as detailed in the attached proposed form of order, upon dissolution of the stay of this civil action, Defendant requests that it have thirty (30) days from the lifting of the stay to move against, answer, or otherwise respond to the complaint.

As set forth in Defendant's proposed order, the parties shall jointly advise the Court of the final decision in the 1191 Investigation no more than fourteen (14) days after the determination of the 1191 Investigation becomes final.

For all of the foregoing reasons, Defendant respectfully requests that, pursuant to 28 U.S.C. § 1659 and the Court's inherent authority, the Court enter an order, substantially similar to the proposed form of order attached hereto, staying this civil action in its entirety as to all patents-in-suit and all parties until a final determination of

the 1191 Investigation, providing that Defendant have thirty (30) days to move against,

answer, or otherwise respond to the complaint following dissolution of the stay, and

otherwise vacating all deadlines in this action until such time as the stay is lifted and

new deadlines are established.


DATED: February 18, 2020                Respectfully submitted,

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By _____

                                        LANCE YANG (SBN 260705)
                                        Attorney for Defendant Google LLC