Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

*Attorneys for Plaintiff,*
*SONOS, INC.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Attorney for Defendant,*
*Google LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT STIPULATION SEEKING EXTENSION OF TIME TO RESPOND**<br><br>Judge:  Hon. John A. Kronstadt<br><br>Complaint Filed:  Jan. 7, 2020<br>Complaint Served: Jan. 9, 2020<br>Old Response Date: Mar. 2, 2020<br>New Response Date: 30 days after the stay sought by Google's Unopposed Motion for Stay Pending ITC Proceedings (Dkt. 26) is lifted or denied. |

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby agree, stipulate, and jointly request an order from the Court pursuant to Local Rule 8–3, as follows:

WHEREAS, Sonos filed this action on January 7, 2020;

WHEREAS, Google was served with the Complaint on or about January 9, 2020, such that the initial deadline for it to answer or otherwise respond to the Complaint was January 30, 2019;

WHEREAS, the parties stipulated to an initial 30-day extension, such that the revised deadline for Google to answer or otherwise respond to the Complaint became March 2, 2020 (Dkt. 24);

WHEREAS, Google filed an unopposed motion ("Unopposed Motion"), pursuant to 28 U.S.C. § 1659(a), to stay Sonos's claims for patent infringement against Google pending resolution of proceedings filed by Sonos in the United States International Trade Commission (the "Commission") (Investigation No. 337-TA-1191) (Dkt. 26);

WHEREAS, the Unopposed Motion is pending and the hearing date is set for May 19, 2020 (Dkt. 27), which is after the revised March 2, 2020 deadline for Google to answer or otherwise respond to the Complaint (Dkt. 24);

WHEREAS, 28 U.S.C. § 1659(a) provides that "[i]n a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the commission, but only if such request is made within (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or (2) 30 days after the district court action is filed, whichever is later";

WHEREAS, Plaintiff and Defendant are parties to both this action and

1  Investigation No. 337-TA-1191, and the two proceedings involve substantially the
2  same issues, the Unopposed Motion was timely under 28 U.S.C. § 1659(a);
3      WHEREAS, "the purpose of [28 U.S.C. § 1659(a)] is to avoid duplicative
4  proceedings," *In re Princo Corp.*, 486 F.3d 1365, 1368 (Fed. Cir. 2007);
5      WHEREAS, there is good cause for the extension sought by this stipulation, as
6  (1) Google has diligently pursued a stay by submitting its Unopposed Motion (Dkt. 26)
7  within the time period required by 28 U.S.C. § 1659(a); and (2) if Google is required to
8  respond to the Complaint before its Unopposed Motion (Dkt. 26) is heard, it will suffer
9  undue prejudice because this would require Google to defend itself in "duplicative
10 proceedings" that 28 U.S.C. § 1659(a) is designed to prevent, *Princo*, 486 F.3d at 1368;
11     THEREFORE, the parties agree and stipulate, through their counsel, and jointly
12 request under Local Rule 8-3 that, via entry of the proposed order attached hereto, the
13 Court order as follows:
14     1.   Google's time to respond to the Complaint is extended to 30 days after the
15 stay sought by Google's Unopposed Motion (Dkt. 26) is lifted or denied.

IT IS SO STIPULATED.

DATED: February 25, 2020          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By   */s/ Lance Yang*

                                  LANCE YANG (SBN 260705)
                                  Attorney for Defendant Google LLC

DATED: February 25, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By  /s/Clement S. Roberts

Clement S. Roberts
Attorneys for Plaintiff
SONOS, Inc.