**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br><br>Judge:    Hon. John A. Kronstadt |

AND NOW, this _____ day of _____, 2020, upon consideration of the parties' Joint Stipulation Extending Time to Answer, and for good cause shown , it is hereby ordered that:

1. The Stipulation is approved; and
2. Defendant's time to move against, answer, or otherwise respond to the complaint filed in this action is extended to 30 days after the stay requested by Defendant's Unopposed Motion for a Stay Pending ITC Proceeding (Dkt. 26) is lifted or denied.

_____
Honorable John A. Kronstadt
United States District Judge