JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 2:20-CV-00169-JAK (DFMx)<br><br>**ORDER RE JOINT STIPULATION SEEKING EXTENSION OF TIME TO RESPOND (DKT. 28)** |

Based on a review of the parties' Joint Stipulation Seeking Extension of Time to Respond (the "Stipulation" (Dkt. 28), sufficient good cause was shown for the requested relief. However, due to an administrative oversight, the matter was not addressed between the filing of the Stipulation on February 25, 2020, and the due date for the response to the Complaint, i.e., March 2, 2020. Consequently, Google filed an answer on March 2, 2020. Dkt. 29.

Google has filed a separate motion ("Motion") for a stay of Sonos's claims for patent infringement in this action pending the completion of a related proceeding before the United States International Trade Commission ("Commission"). Dkt. 26. Sonos does not oppose the Motion. *See* Declaration of Lance Yang, Dkt. 26-1 ¶ 4. Although the Motion is set for hearing on May 19, 2020, in light of the non-opposition and in the interest of party and judicial

efficiency, it is determined that the Motion can be addressed at this time and without a hearing. *See* L.R. 7-15, 7-16.

Because sufficient good cause has been shown for the relief requested in the Motion, it is **GRANTED**. This action is stayed and moved to the Court's inactive calendar pending the completion of the proceedings before the Commission. The parties shall file a joint report as to the status of those proceedings on the earlier of every 90 days, or within 10 days after the completion of the proceedings before the Commission. The first report is due no later than June 5, 2020. This Order is without prejudice to the ability of either party, for good cause shown, to seek an order lifting the stay.

IT IS SO ORDERED.

Dated: March 4, 2020  _____
John A. Kronstadt
United States District Judge