# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>GOOGLE LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20–cv–00169–JAK–DFM<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  03/02/2020   /   29   /   Answer / Counterclaim  
*Date Filed*       *Doc. No.*       *Title of Document*

  __       /   __       /   __  
*Date Filed*       *Doc. No.*       *Title of Document*

Other:
Pursuant to the Court's Standing Orders, paragraph 12, Counterclaims are to be filed as a separate document from an Answer.

Dated: March 10, 2020        By: /s/ *John A. Kronstadt*
                                           U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)      ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)