Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff,
SONOS, INC.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant,
GOOGLE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br> v. <br> GOOGLE LLC, <br><br> Defendant. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT STATUS REPORT** |

Pursuant to Dkt. No. 34, Plaintiff Sonos, Inc. and Defendant Google LLC hereby provide the following joint report regarding the status of proceedings before the United States International Trade Commission ("ITC"):

On March 4, 2020, this Court stayed the above-captioned proceedings pending completion of related proceedings before the ITC. Dkt. No. 30.

The related ITC proceeding, captioned *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191, remains pending before the Chief Administrative Law Judge ("CALJ"). The parties are currently engaged in discovery. Under the current procedural schedule, the deadline for the CALJ's Initial Determination is May 11, 2021, and the target date for completion of the investigation is September 13, 2021.

Respectfully submitted,

Dated: June 25, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP


By: */s/ Alyssa Caridis*
ALYSSA CARIDIS (SBN 260103)
Attorneys for Plaintiff
SONOS, INC.

Dated: June 25, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ Lance Yang*
LANCE YANG (SBN 260705)
Attorneys for Defendant
GOOGLE LLC

## **FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 25, 2020                                          */s/ Alyssa Caridis*
                                                                             ALYSSA CARIDIS