Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff,
SONOS, INC.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant,
GOOGLE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT STATUS REPORT** |

| | |
|---|---|
| 1 | Pursuant to Dkt. No. 43, Plaintiff Sonos, Inc. and Defendant Google LLC hereby provide the following joint report regarding the status of proceedings before the United States International Trade Commission ("ITC"): |

Pursuant to Dkt. No. 43, Plaintiff Sonos, Inc. and Defendant Google LLC hereby provide the following joint report regarding the status of proceedings before the United States International Trade Commission ("ITC"):

On March 4, 2020, this Court stayed the above-captioned proceedings pending completion of related proceedings before the ITC.  Dkt. No. 30.

The related ITC proceeding, captioned *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191, remains pending before the International Trade Commission. The Chief Administrative Law Judge ("CALJ") issued an Initial Determination ("ID") on August 13, 2021 finding that a violation of section 337 of the Tariff Act of 1930, as amended, has occurred in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain audio players and controllers, components thereof, and products containing same alleged to infringe U.S. Patent Nos. 9,195,258; 10,209,953; 9,219,959; 8,588,949; and 10,439,896.  The CALJ also found that at least one of Google's design-arounds for each Asserted Patent does not infringe.

On November 19, 2021, the Commission determined to review the ID in part with respect to the ID's analysis of whether the products accused of infringing the '258 and '953 patent are articles that infringe at the time of importation.  The Commission has also determined to correct two typographical errors on pages 24 and 84 of the ID.  The Commission has determined not to review the remaining findings in the ID.  Under the current procedural schedule, the Target Date for completion of the investigation is January 6, 2022.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: January 5, 2022 |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | *and* |
| | LEE SULLIVAN SHEA & SMITH LLP |
| | |
| | By:   */s/ Alyssa Caridis* |
| | ALYSSA CARIDIS (SBN 260103) |
| | Attorneys for Plaintiff |
| | SONOS, INC. |
| | |
| | Dated: January 5, 2022 |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | By:   */s/ Lance Yang* |
| | LANCE YANG (SBN 260705) |
| | Attorneys for Defendant |
| | GOOGLE LLC |

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2022        */s/ Alyssa Caridis*
ALYSSA CARIDIS (SBN 260103)