Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL  60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff,
SONOS, INC.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant,
GOOGLE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br>    Plaintiff, <br><br>   v. <br><br> GOOGLE LLC, <br><br>    Defendant. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT STATUS REPORT** |

Pursuant to Dkt. No. 48, Plaintiff Sonos, Inc. and Defendant Google LLC hereby provide the following joint report regarding the status of proceedings before the United States International Trade Commission ("ITC"):

On March 4, 2020, this Court stayed the above-captioned proceedings pending completion of related proceedings before the ITC.  Dkt. No. 30.

The related ITC proceeding, captioned *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191, remains pending before the International Trade Commission. The Chief Administrative Law Judge ("CALJ") issued an Initial Determination ("ID") on August 13, 2021 finding that a violation of section 337 of the Tariff Act of 1930, as amended, has occurred in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain audio players and controllers, components thereof, and products containing same alleged to infringe U.S. Patent Nos. 9,195,258; 10,209,953; 9,219,959; 8,588,949; and 10,439,896.  The CALJ also found that at least one of Google's design-arounds for each Asserted Patent does not infringe.

On January 6, 2022, the Commission issued its Opinion holding that it "determines that Sonos has established a violation of Section 337 by Google with respect to claims 17, 21, 24, and 26 of the '258 patent; claims 7, 14, and 22-24 of the '953 patent; claim 10 of the '959 patent; claims 1, 2, and 5 of the '949 patent; and claims 1, 5, 6, and 12 of the '896 patent.  Accordingly, the investigation is terminated with a finding of violation of Section 337.  The Commission determines that the appropriate remedy is a limited exclusion order and cease and desist order, and further finds that the public interest does not preclude issuance of a remedy. The Commission sets a bond in the amount of 100 percent of the entered value of imports during the Presidential review period."  The Commission further included in (a) the limited exclusion order "an exemption for Google's redesign products that were adjudicated in this investigation and found to be non-infringing as to a

particular Asserted Patent," including at least one of Google's design-arounds for each Asserted Patent, and (b) the cease and desist order "the exemption noted above for the Google redesigned products adjudicated to be non-infringing."

The parties agree that, consistent with Federal Circuit precedent, the stay in this case continues until the completion of any appeals. *In re Princo Corp.*, 478 F.3d 1345, 1348 (Fed. Cir. 2007). On January 27, 2022, Sonos filed with the Federal Circuit a Petition For Review of the final determination of the United States International Trade Commission, and all underlying orders, to the extent they were adverse to Sonos. On March 3, 2022, the Federal Circuit granted Google's unopposed motion to intervene in that appeal. On March 22, 2022, following completion of the Presidential Review period, Google appealed and petitioned for review from the Commission's determinations and orders adverse to it. On March 30, 2022, the Federal Circuit consolidated the two appeals in the nature of cross-appeals. On April 21, 2022, the Federal Circuit granted Sonos's motion to intervene in Google's appeal. Briefing is likely to continue until the fourth quarter of 2022, and oral argument is expected to occur in 2023.

Respectfully submitted,

Dated:  June 23, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By:  ____*/s/ Alyssa Caridis*____
ALYSSA CARIDIS (SBN 260103)
Attorneys for Plaintiff
SONOS, INC.

Dated:  June 23, 2022

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:      */s/ Lance Yang*
LANCE YANG (SBN 260705)
Attorneys for Defendant
GOOGLE LLC

## FILER'S ATTESTATION

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 23, 2022

*/s/ Alyssa Caridis*
ALYSSA CARIDIS (SBN 260103)