Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant,
Google LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT STATUS REPORT** |

1    Plaintiff Sonos, Inc. and Defendant Google LLC hereby provide the
2 following joint report regarding the status of proceedings before the United States
3 International Trade Commission ("ITC") and the parties' subsequent appeal
4 thereof.
5    On March 4, 2020, this Court stayed the above-captioned proceedings
6 pending completion of related proceedings before the ITC.  Dkt. 30.  On June 23,
7 2022, the parties submitted a joint status report indicating that the related ITC
8 proceeding had concluded with a determination of a violation of Section 337 with
9 respect to all five asserted patents and entry of a limited exclusion order and cease
10 and desist order against Google as to the originally accused products, but that the
11 Commission also determined certain redesigns by Google did not infringe the
12 asserted patents and could continue to be imported.  Dkt. 49.  Sonos appealed the
13 ITC's determinations regarding three of the redesigns to the Court of Appeals for
14 the Federal Circuit, and Google cross-appealed the ITC's determinations regarding
15 the originally accused products.
16    On April 8, 2024, the Federal Circuit issued an opinion and judgment
17 affirming the ITC's determinations and rejecting both cross-appeals.  Any petitions
18 for panel rehearing or rehearing en banc are currently due by May 23, 2024.  Any
19 petitions seeking a writ of certiorari from the U.S. Supreme Court will be due by
20 July 8, 2024 if no party petitions for rehearing by the Court of Appeals, or within
21 90 days from the order denying rehearing if rehearing is requested but denied.

| | |
|---|---|
| Dated: April 25, 2024 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>*and*<br>LEE SULLIVAN SHEA & SMITH LLP |
| | By:    */s/ Alyssa Caridis*<br>     ALYSSA CARIDIS (SBN 260103)<br>     Attorneys for Plaintiff, SONOS, INC. |
| Dated: April 25, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By:    */s/ Lance Yang*<br>     LANCE YANG (SBN 260705)<br>     Attorneys for Defendant, GOOGLE LLC |

### **FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 25, 2024           */s/ Alyssa Caridis*
                                       ALYSSA CARIDIS (SBN 260103)