UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-00169 JAK (DFMx) | Date | September 30, 2024 |
| Title | Sonos, Inc. v. Google LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | April Benson |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Smith, III<br>Sean Sullivan | James Judah<br>Patrick Weston |

**Proceedings:**   **SONOS' MOTION TO PARTIALLY LIFT STAY (DKT. 56)**

The motion hearing is held. Counsel address the Court. The Court grants certain relief, and **DEFERS** a final determination as to the relief requested.

Plaintiff is granted leave to file an amended complaint as to the patents at issue that are no longer subject to judicial review as well as to other patents that relate to those and that have not previously been asserted as a basis for relief in this action. This leave is without prejudice to Defendant's ability to assert a procedural challenge to this limited amendment in connection with its response to the amended complaint.

The Court sets the following dates and deadlines:

| | |
|---|---|
| October 15, 2024: | Plaintiff shall file an amended complaint in conformance with the limitations stated at the hearing. |
| November 18, 2024: | Defendant shall file an answer or a motion in response to the amended complaint. |
| December 9, 2024: | Plaintiff shall file any opposition to any motion filed by Defendant in response to the amended complaint. |
| December 23, 2024: | Defendant shall file any reply in support of a motion filed in response to the amended complaint. |
| January 13, 2025: | Hearing on any motion filed by Defendant in response to the amended complaint. |

If the parties agree to modify this schedule, they may submit a stipulation and proposed order.

Following the completion of this process, a further assessment of the Motion may be made to the extent

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-00169 JAK (DFMx) | Date | September 30, 2024 |
| Title | Sonos, Inc. v. Google LLC | | |

that this process informs whether a further complete or partial stay is warranted.

Counsel are encouraged to contact the private neutral who previously worked with the parties to discuss potential dates for further discussions.

**IT IS SO ORDERED.**

|  | : | 39 |
|---|---|---|
| Initials of Preparer | TJ | |