# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SONOS, INC.,

       Plaintiff,

  vs.

GOOGLE LLC,

  Defendant.

CASE NO. 2:20-cv-00169-JAK (DFMx)

Hon. John A. Kronstadt

**[PROPOSED] ORDER GRANTING JOINT MOTION TO LIFT THE STAY PENDING *INTER PARTES* REVIEW**

THIS MATTER is before the Court upon the joint motion of Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively "the Parties") to lift the stay in full that was previously issued in this matter. Based on the Parties' showing of good cause, the Court grants the Parties' motion.

WHEREFORE, the Joint Motion to Lift the Stay is GRANTED, and the Court orders as follows:

1. The stay previously issued in this matter at Dkt. 30 is VACATED in full, and the stay is lifted in full.

2. The case schedule previously ordered in in this matter at Dkt. 63 is VACATED, including any deadline for Google to respond to Sonos's first amended complaint.

3. The following case schedule is in effect:

| Date | Deadline |
|---|---|
| November 26, 2024 | Sonos shall file a second amended complaint that includes additional patents (if any) that Plaintiff seeks to assert |
| December 23, 2024 | Google shall file an answer or a motion in response to the second amended complaint |
| January 13, 2025 | Sonos shall file any opposition to any motion filed by Google in response to the second amended complaint |
| January 27, 2025 | Google shall file any reply in support of any motion filed in response to the second amended complaint |
| February 18, 2025 | Hearing on any motion filed by Google in response to the second amended complaint |

DATED: _____          _/s/_____

HON. JOHN A. KRONSTADT
United States District Judge