# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant. | No. 2:20-cv-00169-JAK (DFMx) <br><br> **ORDER RE JOINT MOTION TO LIFT THE STAY PENDING *INTER PARTES* REVIEW (DKT. 65)** |

1

Based on a review of the Joint Motion to Lift the Stay Pending *Inter Partes* Review (the "Motion" (Dkt. 65)), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is **GRANTED**, as follows:

1. The stay, previously issued in the Order re Joint Stipulation Seeking Extension of Time to Respond (Dkt. 30), is vacated.

2. Plaintiff's Motion to Lift Stay (Dkt. 56) is **MOOT**.

3. The case schedule, previously issued in the Minute Order of Sonos' Motion to Partially Lift Stay (Dkt. 63), is vacated, including any deadline for Google to respond to Sonos' First Amended Complaint, and is replaced with the schedule stated in Paragraph 4 of this Order.

4. The following case schedule is adopted:

| Date | Event |
| --- | --- |
| November 26, 2024 | Sonos shall file a Second Amended Complaint that includes additional patents (if any) as to which Plaintiff seeks to assert claims of infringement |
| December 23, 2024 | Google shall file an answer or a motion in response to the Second Amended Complaint |
| January 13, 2025 | Sonos shall file any opposition to any motion filed by Google in response to the Second Amended Complaint |
| January 27, 2025 | Google shall file any reply in support of any motion filed in response to the Second Amended Complaint |
| February 24, 2025 | Hearing on any motion filed by Google in response to the Second Amended Complaint |

**IT IS SO ORDERED.**

Dated:  November 18, 2024

_____
John A. Kronstadt
United States District Judge