QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Lance Yang (SBN 260705)
  lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
  James DuBois Judah (SBN 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6420
Fax: (415) 875-6700

*Attorneys for Defendant, Google LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>     Defendant. | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**GOOGLE'S ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:          Hon. John A. Kronstadt<br><br>Complaint Filed:   Jan. 7, 2020 |

Defendant Google LLC ("Google") submits this Answer and Counterclaims to Plaintiff Sonos, Inc.'s ("Sonos") Second Amended Complaint for Patent Infringement ("SAC"), and states as follows:

**RESPONSES TO SPECIFIC ALLEGATIONS OF THE SECOND AMENDED COMPLAINT**

1.     Google admits that Sonos, Inc. asserts United States Patent Nos. 7,571,014, 8,588,949, 9,195,258, 9,219,959, 10,031,715, 10,209,953, 10,439,896, 10,541,833, 10,966,025, and 11,080,001 against Google. Google admits that Exhibits 1-5, 108-110, and 130-131 purport to be those asserted patents. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 1 of the SAC, and therefore denies them.

**INTRODUCTION**

2.     Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 2 of the SAC and, on that basis, denies them.

3.     Google denies that it has copied Sonos's products or technology. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 3 of the SAC and, on that basis, denies them.

4.     Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 4 of the SAC and, on that basis, denies them.

5.     Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that, as early as 2011, Google engineers and employees were familiar with Sonos and its products and recognized Sonos's commercial success and, on that basis, denies them. Google also denies the remaining allegations and characterizations contained in Paragraph 5 of the SAC.

6.     Google denies the allegations of Paragraph 6 of the SAC.

7.      Google denies the allegations of Paragraph 7 of the SAC.

8.      Google denies the allegations of Paragraph 8 of the SAC.

9.      Google is without knowledge or information sufficient to form a belief as to the truth or falsity of the reasons why Sonos brought this lawsuit. Google specifically denies that it has infringed, willful or not, any of Sonos's patent rights. Google denies the remaining allegations of Paragraph 9 of the SAC.

### SONOS'S ALLEGED INNOVATION

10.     Google admits that Exhibits 6 and 7 purport to be articles from *NBC News* and *Men's Journal*, respectively. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 10 of the SAC, and therefore denies them.

11.     Google admits that Exhibit 8 purports to be an article from *PC Magazine*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 11 of the SAC, and therefore denies them.

12.     Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations in Paragraph 12 of the SAC and, on that basis, denies them.

13.     Google admits that Exhibit 9 purports to be a Sonos user guide. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 13 of the SAC and, on that basis, denies them.

14.     Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations in Paragraph 14 of the SAC and, on that basis, denies them.

15.     Google admits that Exhibits 10 and 11 purport to be news articles from *Digital Trends* and *What Hi-Fi*.    Google is currently without knowledge or

information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 15 of the SAC and, on that basis, denies them.

16.    Google admits that Exhibit 12 purports to a printed copy of a Sonos webpage.  Google admits that Exhibit 13 purports to be a news article from *Wired*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 16 of the SAC and, on that basis, denies them.

17.    Google admits that Exhibits 14 and 15 purport to be articles from IPO and IEEE.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 17 of the SAC and, on that basis, denies them.

18.    Google admits that Exhibits 16 and 18 purport to be a printed copy of Sonos's webpage.  Google admits that Exhibit 9 purports to be a Sonos user guide. Google admits that Exhibit 17 purports to be a Sonos product information sheet. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 18 of the SAC and, on that basis, denies them.

## GOOGLE DOES NOT INFRINGE

19.    Google admits that Google had a product called "Chromecast Audio," and admits that Exhibit 19 purports to be a September 2015 news article from The Guardian. Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 19 of the SAC.

20.    Google admits that Exhibit 20 purports to be a December 2015 posting from a webpage entitled "Chrome Blog."  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 20 of the SAC.

21.    Google admits that Exhibit 21 purports to be a copy of a December 2015 Variety article entitled "Google's Chromecast Audio Adapter Gets Multi-Room

Support Similar to Sonos." Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 21 of the SAC.

22.    Google admits that Exhibit 22 purports to be a copy of a December 2015 article from Pocket-Lint.    Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 22 of the SAC.

23.    Google denies the allegations and characterizations contained in Paragraph 23 of the SAC.

24.    Google denies the allegations and characterizations contained in Paragraph 24 of the SAC.

25.    Google denies the allegations and characterizations contained in Paragraph 25 of the SAC.

26.    Google admits that Google launched a Chromecast Audio wireless adapter in 2015, and that in 2016 Google launched the Google Home smart speaker. Google denies the remaining allegations and characterizations contained in Paragraph 26 of the SAC.

27.    Google admits that Exhibit 23 purports to be a copy of an October 2016 article from *The Register*. Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 27 of the SAC.

28.    Google admits that Exhibit 24 purports to be a copy of a November 2016 article from the Verge. Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 28 of the SAC.

29.    Google denies the allegations and characterizations contained in Paragraph 29 of the SAC.

30.    Google admits that Exhibit 25 purports to be a copy of an October 2017 article from Gizmodo, and that Exhibit 26 purports to be a copy of a December 2017 article from Android Central.  Google admits that in 2017 Google released the Google Home Max and the Google Home Mini.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 30 of the SAC.

31.    Google denies the allegations and characterizations contained in Paragraph 31 of the SAC.

32.    Google admits that Exhibits 27 purports to be a copy of a Google blog, and that Exhibit 28 purports to be an article from *News Without Borders*.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 32 of the SAC.

33.    Google denies the allegations and characterizations contained in Paragraph 33 of the SAC.

34.    Google admits that Exhibits 29-39 appear to be print-outs of various webpages.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 34 of the SAC.

35.    Although the image contained within Paragraph 35 is grainy, Google admits that it is possible it may display several Google products and purports to display several Sonos products. Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 35 of the Complaint.

36.    Google admits that Exhibits 40-43 appear to be print-outs of various webpages.   Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 36 of the SAC.

37.    Paragraph 37 does not contain any factual allegations, and therefore, does not require a response.  To the extent it contains allegations requiring a response, Google denies them.

**THE PARTIES' PRIOR LICENSING DISCUSSIONS**

38.    Google denies the allegations and characterizations contained in Paragraph 38 of the SAC.

39.    Google denies the allegations and characterizations contained in Paragraph 39 of the SAC.

40.    Google admits that Google launched a Chromecast Audio wireless adapter in 2015, and that in 2016 Google launched the Google Home smart speaker.

Google denies the remaining allegations and characterizations contained in Paragraph 40 of the SAC.

41.    Google denies the allegations and characterizations contained in Paragraph 41 of the SAC.

42.    Google admits that Exhibit 114 purports to be a copy of a September 2, 2016 email exchange.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 42 of the SAC.

43.    Google admits that Exhibit 115 purports to be a copy of an email exchange ending on October 13, 2016.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 43 of the SAC.

44.    Google admits that Exhibit 116 purports to be a copy of an October 26, 2016 email exchange.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 44 of the SAC.

45.    Google admits that Exhibit 117 appears to be a copy of an email exchange and a slide date with the date January 31, 2018 on the first slide.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 45 of the SAC.

46.    Google admits that on July 12, 2018, Google received an email from Sonos with the subject line "Attached Sonos IP License Model."  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 46 of the SAC.

47.    Google admits that on February 22, 2019, Google received an email from Sonos with the subject line "Sonos Google Meeting" that attached a letter from Sonos to Google also dated February 22, 2019.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 47 of the SAC.

48.    Google admits that on June 13, 2019, Google received an email from Sonos with the subject line "Follow up from our meeting."  Except as specifically

admitted, Google denies the allegations and characterizations contained in Paragraph 48 of the SAC.

49.     Google admits that on January 6, 2020, Google received an email from Sonos with attachments and the subject line "Notice." Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 49 of the SAC.

50.     Google denies the allegations and characterizations contained in Paragraph 50 of the SAC.

51.     Google admits that Exhibits 25 and 26 to the SAC purport to be articles from, respectively, Gizmodo and 2017 Android Central. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 51 of the SAC, and therefore denies them.

52.     Google denies the allegations and characterizations contained in Paragraph 52 of the SAC.

**GOOGLE HAS NOT INFRINGED THE ASSERTED PATENTS**

53.     Google admits that *In re Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191 was instituted and decided by the ITC and that the '258, '953, '949, '959, and '896 patents were part of that investigation.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 53 of the SAC.

54.     Google admits that, by agreement of the parties, the case was stayed pending the completion of the ITC investigation.

55.     Google admits that Exhibits 118-21 purport to be copies of articles published by third parties.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 55 of the SAC.

56.     Google admits that Exhibit 23 appears to be a third party blog post. Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 56 of the SAC.

57.     Google admits that the ITC determined that Google's re-designed products did not infringe any of Sonos's patents.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 57 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 57 of the SAC contains conclusions of law, no response is necessary.

58.     Google denies the allegations in Paragraph 58 of the SAC insofar as they purport to attribute to the ITC investigation anything that is not stated therein.  Google admits that there was an ITC investigation called *In re Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191 that involved the '258, '953, '949, '959, and '896 patents.  Google further admits that the ITC's final determination concluded that Google's redesigned products did not infringe any of Sonos's patents.  Except as specifically admitted or as specifically stated in the ITC investigation, Google denies the allegations and characterizations contained in Paragraph 58 of the SAC.

**GOOGLE HAS NOT WILLFULLY INFRINGED THE ASSERTED PATENTS**

59.     Google denies the allegations and characterizations contained in Paragraph 59 of the SAC.

60.     Google admits that Exhibit 128 purports to be a copy of an August 13, 2021 letter.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 60 of the SAC.

61.     Google admits that Exhibit 129 purports to be a copy of a December 4, 2023 letter.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 61 of the SAC.

62.    Google denies the allegations and characterizations contained in Paragraph 62 of the SAC.

63.    Google denies the allegations and characterizations contained in Paragraph 63 of the SAC.

64.    Google denies the allegations and characterizations contained in Paragraph 64 of the SAC.

65.    Google denies the allegations and characterizations contained in Paragraph 65 of the SAC.

66.    Google denies the allegations and characterizations contained in Paragraph 66 of the SAC.

67.    Google denies the allegations and characterizations contained in Paragraph 67 of the SAC.

68.    Google denies the allegations and characterizations contained in Paragraph 68 of the SAC.

69.    Google denies the allegations and characterizations contained in Paragraph 69 of the SAC.

70.    Google admits that Exhibit 47 purports to be a copy of a docket report for *Sonos Inc. v. D&M Holdings Inc. et al*, 1:14-cv-01330-WCB (D. Del.).  Google admits that Sonos provided a pre-filing copy of the Complaint one day before it was filed, that Exhibit 48 purports to an article from *Venture Beat*, that Exhibit 49 purports to be an article from *CNET*, and that Exhibit 50 purports to be a copy of a jury form from *Sonos Inc. v. D&M Holdings Inc. et al.*, 1:14-cv-01330-WCB (D. Del.).  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 70 of the SAC.

71.    Google denies the allegations and characterizations contained in Paragraph 71 of the SAC.

## GOOGLE HAS NOT BEEN UNJUST ENRICHED

72.    Google admits that Exhibit 44 purports to be a copy of a report from the Royal Bank of Canada.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 72 of the SAC.

73.    Google admits that Exhibit 44 purports to be a copy of a report from the Royal Bank of Canada and that the cited webpage purports to be a page from Forbes's website.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 73 of the SAC.

74.    Google admits that Exhibit 45 and 28 purport to be articles from the *New York Post* and *News Without Borders*, respectively.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 74 of the SAC.

75.    Google admits that Exhibit 46 purports to be a copy of an NPR report.  Google admits that Exhibit 28 purports to be an article from *News Without Borders*.  Except as specifically admitted, Google denies the allegations and characterizations contained in Paragraph 75 of the SAC.

76.    Google denies the allegations and characterizations contained in Paragraph 76 of the SAC.

## THE PARTIES

77.    Google currently lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations in Paragraph 77 of the SAC and, on that basis, denies them.

78.    Google admits that Google LLC is a Delaware limited liability company with its principal place of business and headquarters at 1600 Amphitheatre Parkway, Mountain View, CA 94043.  Google admits that there is a Google office at 340 Main St., Venice, CA 90291 and a YouTube office at 12422 W. Bluff Creek, Playa Vista, CA 90094.  Google is currently without knowledge or information sufficient to form

a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 78 of the SAC and, on that basis, denies them.

79.    Google admits that it is a technology company and conducts business operations in this District.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations in Paragraph 79 of the SAC and, on that basis, denies them.

80.    Google denies the allegations and characterizations contained in Paragraph 80 of the SAC.

## JURISDICTION AND VENUE

81.    Google admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and that this action purports to arise under the Patent Act, 35 U.S.C. § 1 *et seq.*

82.    For purposes of this action only, Google does not challenge personal jurisdiction.  Except as expressly admitted, Google denies the remaining allegations of Paragraph 82 of the SAC, and specifically denies that it has committed acts of infringement.

83.    For purposes of this action only, Google does not challenge personal jurisdiction.   Except as expressly admitted, Google denies the allegations and characterizations contained in Paragraph 83 of the SAC.

84.    For purposes of this action only, Google admits that venue is proper in this District.  Except as expressly admitted, Google denies the remaining allegations of Paragraph 84 of the SAC, and specifically denies that it has committed acts of infringement.

## PATENT-IN-SUIT

### Background

85.    Google denies the allegations in Paragraph 85 of the SAC insofar as they purport to attribute to the '949 and '959 patents anything that is not stated therein. Google admits that early technology for multi-zone audio systems sometimes utilized

upon hard-wiring with dedicated speaker wires to different audio players in different rooms. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 85 of the SAC, and therefore denies them.

86. Google denies the allegations in Paragraph 86 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google admits that early technology for multi-zone audio systems sometimes utilized upon hard-wiring with dedicated speaker wires to different audio players in different rooms. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

87. Google denies the allegations in Paragraph 87 of the Complaint insofar as they purport to attribute to the '949 and '959 patents anything that is not stated therein. Google admits that early technology for multi-zone audio systems sometimes utilized upon hard-wiring with dedicated speaker wires to different audio players in different rooms. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

88. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 88 of the SAC, and therefore denies them.

89. Google denies the allegations in Paragraph 89 of the SAC insofar as they purport to attribute to the '949 and '258 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

90. Google denies the allegations in Paragraph 90 of the SAC insofar as they purport to attribute to the '949 and '258 patents and claims 1, 8, and 15 (as to the '949

patent) and claims 1, 11, and 17 (as to the '258 patent) anything that is not stated therein.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

91.    Google denies the allegations in Paragraph 91 of the SAC insofar as they purport to attribute to the '949, '258, and '001 patents and claims 1, 8, and 15 (as to the '949 patent), claims 1, 11, and 17 (as to the '258 patent), and claims 1, 12, and 23 (as to the '001 patent) anything that is not stated therein.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

92.    Google denies the allegations in Paragraph 92 of the SAC insofar as they purport to attribute to the '949 and '258 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

93.    Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 93 of the SAC, and therefore denies them.

## U.S. Patent No. 7,571,014

94.    Google denies the allegations in Paragraph 94 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google admits that the '014 patent is titled "Methods And Apparatus For Controller Multimedia Players in a Multi-Zone System"; that the '014 patent bears an issuance date of August 4, 2009; that a Reexamination Certificate for the '014 patent was issued by the USPTO on September 1, 2017; and that Exhibit 108 purports to be a copy of the '014 patent and Reexamination Certificate.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining

allegations and characterizations contained in Paragraph 94 of the SAC, and therefore denies them.

95.    Google denies the allegations in Paragraph 95 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

96.    Google denies the allegations in Paragraph 96 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

97.    Google denies the allegations in Paragraph 97 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 7,571,014 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

98.    Google denies the allegations in Paragraph 98 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

99.    Google denies the allegations in Paragraph 99 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth

or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

100.   Google admits that Exhibit 8 purports to be an article from *PC Mag*. Except as specifically admitted, Google denies the allegations in Paragraph 100 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

101.   Google denies the allegations in Paragraph 101 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

102.   Google denies the allegations in Paragraph 102 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

103.   Google denies the allegations in Paragraph 103 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

104.   Google admits that Exhibit 51 purports to be a copy of a memorandum opinion issued by the District Court of Delaware in from *Sonos, Inc. v. D&M Holdings Inc*., Civil Action No. 14-1330-WCB (D. Del.). Google denies the allegations in Paragraph 104 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google denies that the '014 patent is valid under

Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

105.   Google denies the allegations in Paragraph 105 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google denies that the '014 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

106.   Google admits that Exhibit 50 purports to be a verdict form from *Sonos, Inc. v. D&M Holdings Inc.*, Civil Action No. 14-1330-WCB (D. Del.) and Exhibit 108 purports to be a copy of the '014 patent and Reexamination Certificate. Google denies the allegations in Paragraph 106 of the SAC insofar as they purport to attribute to the '014 patent anything that is not stated therein. Google denies that the '014 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 7,571,014 Did Not Provide Important Advantages to Multi-Room Audio Systems**

107.   Google admits that Exhibits 8, 52, 53, and 54 to the SAC purport to be articles from, respectively, PC Magazine, Playlist, Gizmodo, and Pocket-lint. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 107 of the SAC, and therefore denies them.

108.   Google admits that Exhibits 29 and 55 purport to be printed copies of Google websites. Google denies the allegations in Paragraph 108 that relate to Google. To the extent the allegations relate to entities other than Google, Google is currently without knowledge or information sufficient to form a belief as to the truth

or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

109.   Google admits that Exhibit 56 purports to be an article from the *Verge*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 109 of the SAC, and therefore denies them.

### U.S. Patent No. 8,588,949

110.   Google denies the allegations in Paragraph 110 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google admits that the '949 patent is titled "Methods And Apparatus For Adjusting Volume Levels In A Multi-Zone System"; that the '949 patent bears an issuance date of November 19, 2023; that a Reexamination Certificate for the '949 patent was issued by the USPTO on November 5, 2015; and that Exhibit 1 purports to be a copy of the '949 patent and Reexamination Certificate.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 110 of the SAC, and therefore denies them.

111.   Google denies the allegations in Paragraph 111 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

112.   Google denies the allegations in Paragraph 112 of the Complaint insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

113.   Google denies the allegations in Paragraph 113 of the Complaint insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 8,588,949 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

114.   Google denies the allegations in Paragraph 114 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

115.   Google denies the allegations in Paragraph 115 of the Complaint insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

116.   Google admits that Exhibit 8 purports to be an article from *PC Mag*. Except as specifically admitted, Google denies the allegations in Paragraph 116 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

117.   Google admits that Exhibit 8 purports to be an article from *PC Mag*. Except as specifically admitted, Google denies the allegations in Paragraph 117 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a

belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

118.   Google denies the allegations in Paragraph 118 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

119.   Google denies the allegations in Paragraph 119 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

120.   Google admits that Exhibit 51 purports to be a copy of a memorandum opinion issued by the District Court of Delaware in from *Sonos, Inc. v. D&M Holdings Inc.*, Civil Action No. 14-1330-WCB (D. Del.). Google denies the allegations in Paragraph 120 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google denies that the '949 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

121.   Google denies the allegations in Paragraph 121 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google denies that the '949 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

122.   Google admits that Exhibit 50 purports to be a verdict form from *Sonos, Inc. v. D&M Holdings Inc.*, Civil Action No. 14-1330-WCB (D. Del.) and Exhibit 1

purports to be a copy of the '949 patent and Reexamination Certificate. Google denies the allegations in Paragraph 122 of the SAC insofar as they purport to attribute to the '949 patent anything that is not stated therein. Google denies that the '949 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

### The Alleged Inventions Claimed in U.S. Patent No. 8,588,949 Did Not Provide Important Advantages to Wireless Audio Systems

123.   Google admits that Exhibits 8, 52, 53, and 54 to the Complaint purport to be articles from, respectively, PC Magazine, Playlist, Gizmodo, and Pocket-lint. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 123 of the SAC, and therefore denies them.

124.   Google admits that Exhibit 29 and 55 purport to be printed copies of Google websites. Google denies the allegations in Paragraph 124 that relate to Google. To the extent the allegations relate to entities other than Google, Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

125.   Google admits that Exhibit 56 purports to be an article from the *Verge*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 125 of the SAC, and therefore denies them.

### U.S. Patent No. 9,195,258

126.   Google admits that Exhibit 2 purports to be a copy of the '258 patent. Google admits that the '258 Patent is titled "System and Method for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices" and that it bears an issuance date of November 24, 2015. Google is currently

without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 126 of the SAC, and therefore denies them.

127.    Google denies the allegations in Paragraph 127 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

128.    Google denies the allegations in Paragraph 128 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

129.    Google denies the allegations in Paragraph 129 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

130.    Google denies the allegations in Paragraph 130 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 9,195,258 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

131.    Google denies the allegations in Paragraph 131 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

132.   Google denies the allegations in Paragraph 132 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

133.   Google admits that Exhibit 8 of the SAC purports to be an article from *PC Mag*. Google denies the allegations in Paragraph 133 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

134.   Google admits that Exhibit 6 purports to be an article from *NBC News*. Google denies the allegations in Paragraph 134 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

135.   Google denies the allegations in Paragraph 135 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

136.   Google denies the allegations in Paragraph 136 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

137. Google admits that Exhibit 57 purports to be a copy of a decision from the Patent Trial and Appeal Board ("PTAB") regarding U.S. Patent No. 9,213,357. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 137 of the SAC, and therefore denies them.

138. Google admits that Exhibit 50 purports to be a verdict form from *Sonos, Inc. v. D&M Holdings Inc*., Civil Action No. 14-1330-WCB (D. Del.). Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 138 of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 9,195,258 Did Not Provide Important Advantages to Wireless Audio Systems**

139. Google denies the allegations in Paragraph 139 of the SAC insofar as they purport to attribute to the '258 patent anything that is not stated therein. Google admits that Exhibits 8, 58, 59, and 6 purport to be articles from PC Magazine, the Wall Street Journal, Macworld, and NBC News, respectively. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

140. Google admits that Exhibits 20 and 60 purport to be copies of Google websites. Google denies the remaining allegations and characterizations contained in Paragraph 140 of the SAC.

141. Google admits that Exhibits 29 and 61 purport to be copies of Google websites. Google denies the remaining allegations and characterizations contained in Paragraph 141 of the SAC.

142.   Google admits that Exhibits 21 and 24 purport to be articles from *Variety* and *The Verge*, respectively. Google admits that Exhibit 86 purports to be an Amazon press release. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 142 of the SAC, and therefore denies them.

## **U.S. Patent No. 9,219,959**

143.   Google denies the allegations in Paragraph 143 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google admits that the '959 patent is titled "Multi Channel Pairing in a Media System"; that the '959 patent bears an issuance date of December 22, 2015; that a Reexamination Certificate for the '959 patent was issued by the USPTO on April 5, 2017; and that Exhibit 3 purports to be a copy of the '959 patent and Reexamination Certificate. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 143 of the SAC, and therefore denies them.

144.   Google denies the allegations in Paragraph 144 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

145.   Google denies the allegations in Paragraph 145 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

146.   Google denies the allegations in Paragraph 146 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 9,219,959 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

147.   Google denies the allegations in Paragraph 147 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

148.   Google denies the allegations in Paragraph 148 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

149.   Google denies the allegations in Paragraph 149 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

150.   Google denies the allegations in Paragraph 150 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

151.   Google denies the allegations in Paragraph 151 of the SAC insofar as they purport to attribute to the '959 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

152.   Google admits that Exhibit 51 purports to be a copy of a memorandum opinion issued by the District Court of Delaware in S*onos, Inc. v. D&M Holdings Inc*., Civil Action No. 14-1330-WCB (D. Del.). Google denies that the '959 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 152 of the SAC, and therefore denies them.

153.   Google admits that Exhibit 51 purports to be a copy of a memorandum opinion issued by the District Court of Delaware in S*onos, Inc. v. D&M Holdings Inc*., Civil Action No. 14-1330-WCB (D. Del.). Google denies that the '959 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 153 of the SAC, and therefore denies them.

154.   Google admits that Exhibit 3 purports to be a copy of the '959 patent and Reexamination Certificate. Google denies that the '959 patent is valid under Section 101. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 154 of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 9,219,959 Did Not Provide Important Advantages to Wireless Audio Systems**

155.   Google admits that Exhibits 62-66 of the Complaint purport to be, respectively, articles from *SlashGear*, *Trusted Reviews*, *Consumer Reports*, *Businessweek*, and *What Hi-Fi*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 155 of the SAC, and therefore denies them.

156.   Google admits that Exhibit 67 of the SAC appears to be a printout of a webpage discussing Google products. Except as expressly admitted, Google denies the allegations of Paragraph 156 of the SAC.

157.   Google admits that Exhibit 68 of the SAC appears to be a printout of a webpage discussing Google products. Except as expressly admitted, Google denies the allegations of Paragraph 157 of the SAC.

158.   Google admits that Exhibit 69 of the SAC appears to be a printout of a webpage discussing Google products. Except as expressly admitted, Google denies the allegations of Paragraph 157 of the SAC.

159.   Google admits that Exhibit 70 of the SAC appears to be a printout of a webpage discussing Google products. Except as expressly admitted, Google denies the allegations of Paragraph 158 of the SAC.

160.   Google admits that Exhibits 71-73 of the Complaint purport to be, respectively, articles from *Engadget*, *Digital Trends*, and *The Verge*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 159 of the SAC, and therefore denies them.

161.   Google admits that Exhibits 74-75 of the SAC appear to be, respectively, articles from 9to5Google and Digital Trends discussing Google products. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 160 of the SAC, and therefore denies them.

## U.S. Patent No. 10,031,715

162.   Google denies the allegations in Paragraph 162 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google admits that Exhibit 109 of the SAC purports to be a copy of the '715 patent. Google admits that the '715 patent is entitled "Method and Apparatus for Dynamic Master Device Switching in a Synchrony Group" and that it bears an issuance date of July

24, 2018. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

163.   Google denies the allegations in Paragraph 163 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

164.   Google denies the allegations in Paragraph 164 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

165.   Google incorporates by reference each of its responses to Paragraphs 126-30 of the SAC set forth above as if fully set forth herein.

**The Alleged Inventions Claimed in U.S. Patent No. 10,031,715 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

166.   Google incorporates by reference each of its responses to Paragraphs 131-38 of the SAC set forth above as if fully set forth herein

167.   Google denies the allegations in Paragraph 167 of the SAC insofar as they purport to attribute to the '258 or '715 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

168.   Google denies the allegations in Paragraph 168 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

169.   Google denies the allegations in Paragraph 169 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

170.   Google denies the allegations in Paragraph 170 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

171.   Google denies the allegations in Paragraph 171 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**<u>The Alleged Inventions Claimed in U.S. Patent No. 10,031,715 Did Not Provide Important Advantages to Wireless Audio Systems</u>**

172.   Google incorporates by reference each of its responses to Paragraphs 139-42 of the SAC set forth above as if fully set forth herein.

173.   Google admits that Exhibit 122 of the SAC appears to be excerpts of testimony from a Google engineer.  Google denies the allegations in Paragraph 173 of the SAC insofar as they purport to attribute to the '715 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**U.S. Patent No. 10,209,953**

174.   Google denies the allegations in Paragraph 174 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google admits that Exhibit 4 of the SAC purports to be a copy of the '953 patent. Google admits that the '953 patent is entitled "Playback Device" and that it bears an issuance date of February 19, 2019. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

175.   Google denies the allegations in Paragraph 175 of the SAC insofar as they purport to attribute to the '258, '715, and '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

176.   Google denies the allegations in Paragraph 176 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

177.   Google incorporates by reference each of its responses to Paragraphs 126-30 of the SAC set forth above as if fully set forth herein.

**The Alleged Inventions Claimed in U.S. Patent No. 10,209,953 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

178.   Google incorporates by reference each of its responses to Paragraphs 131-38 of the SAC set forth above as if fully set forth herein

179.   Google denies the allegations in Paragraph 179 of the SAC insofar as they purport to attribute to the '258 or '953 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to

the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

180.    Google admits that Exhibit 8 purports to be an article from PC Mag. Google denies the allegations in Paragraph 180 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

181.    Google admits that Exhibit 6 purports to be an article from NBC News. Google denies the allegations in Paragraph 181 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

182.    Google admits that Exhibit 6 purports to be an article from NBC News. Google denies the allegations in Paragraph 182 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

183.    Google denies the allegations in Paragraph 183 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

184.    Google denies the allegations in Paragraph 184 of the SAC insofar as they purport to attribute to the '953 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

### The Alleged Inventions Claimed in U.S. Patent No. 10,209,953 Did Not Provide Important Advantages to Wireless Audio Systems

185.   Google incorporates by reference each of its responses to Paragraphs 139-42 of the SAC set forth above as if fully set forth herein.

186.   Google denies the allegations in Paragraph 186 of the SAC insofar as they purport to attribute to the '258 or '953 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

### U.S. Patent No. 10,439,896

187.   Google denies the allegations in Paragraph 187 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google admits that Exhibit 5 of the Complaint purports to be a copy of the '896 patent. Google admits that the '896 patent is entitled "Playback Device Connection" and that it bears an issuance date of October 8, 2019. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

188.   Google denies the allegations in Paragraph 188 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

189.   Google denies the allegations in Paragraph 189 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

190.   Google denies the allegations in Paragraph 190 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

191.   Google denies the allegations in Paragraph 191 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

192.   Google denies the allegations in Paragraph 192 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 10,439,896 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

193.   Google denies the allegations in Paragraph 193 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

194.   Google denies the allegations in Paragraph 194 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

01980-00160/15471808.1

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

195.   Google denies the allegations in Paragraph 195 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

196.   Google denies the allegations in Paragraph 196 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

197.   Google denies the allegations in Paragraph 197 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

198.   Google denies the allegations in Paragraph 198 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

199.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in Paragraph 199 of the SAC, and therefore denies them.

200.   Google denies the allegations in Paragraph 200 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

## The Alleged Inventions Claimed in U.S. Patent No. 10,439,896 Did Not Provide Important Advantages to Wireless Audio Systems

201.    Google denies the allegations in Paragraph 201 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google admits that Exhibit 76 of the SAC purports to be an article from *Ars Technica*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

202.    Google denies the allegations in Paragraph 202 of the SAC insofar as they purport to attribute to the '896 patent anything that is not stated therein. Google admits that Exhibits 77-78 of the SAC purport to be, respectively, articles from *Gizmodo* and *Consumer Reports*. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

203.    Google admits that Exhibits 79-80 of the SAC appear to be printouts of webpages discussing Google products. Except as expressly admitted, Google denies the allegations of Paragraph 203 the of SAC.

204.    Google admits that Exhibits 81-83 of the SAC purport to be, respectively, articles from *Android Central, Tom's Guide*, and CNET. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

## U.S. Patent No. 11,080,001

205.    Google denies the allegations in Paragraph 205 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google

admits that Exhibit 110 of the SAC purports to be a copy of the '001 patent. Google admits that the '001 patent is entitled "Concurrent Transmission and Playback of Audio Information" and that it bears an issuance date of August 3, 2021. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

206.    Google denies the allegations in Paragraph 206 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

207.    Google denies the allegations in Paragraph 207 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

208.    Google incorporates by reference each of its responses to Paragraphs 126-30 of the SAC set forth above as if fully set forth herein.

**The Alleged Inventions Claimed in U.S. Patent No. 11,080,001 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

209.    Google incorporates by reference each of its responses to Paragraphs 131-38, 166-71, and 178-84 of the SAC set forth above as if fully set forth herein

210.    Google denies the allegations in Paragraph 210 of the SAC insofar as they purport to attribute to the '258, '715, '953, and '001 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

211. Google denies the allegations in Paragraph 211 of the SAC insofar as they purport to attribute to the '258, '715, '953, and '001 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

212. Google denies the allegations in Paragraph 212 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

213. Google denies the allegations in Paragraph 213 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

214. Google denies the allegations in Paragraph 214 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

215. Google denies the allegations in Paragraph 215 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

216. Google denies the allegations in Paragraph 216 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the

truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

217.    Google denies the allegations in Paragraph 217 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

218.    Google denies the allegations in Paragraph 218 of the SAC insofar as they purport to attribute to the '001 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 11,080,001 Did Not Provide Important Advantages to Wireless Audio Systems**

219.    Google incorporates by reference each of its responses to Paragraphs 139-42 and 173 of the SAC set forth above as if fully set forth herein.

220.    Google denies the allegations in Paragraph 220 of the SAC insofar as they purport to attribute to the '258, '715, '953, and '001 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**U.S. Patent No. 10,966,025**

221.    Google denies the allegations in Paragraph 221 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google admits that Exhibit 130 of the SAC purports to be a copy of the '025 patent. Google admits that the '025 patent is entitled "Playback Device Pairing" and that it bears an issuance date of March 30, 2021. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining

allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

222.   Google denies the allegations in Paragraph 222 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

223.   Google denies the allegations in Paragraph 223 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

224.   Google incorporates by reference each of its responses to Paragraphs 143-46 of the SAC set forth above as if fully set forth herein.

**The Alleged Inventions Claimed in U.S. Patent No. 10,966,025 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

225.   Google incorporates by reference each of its responses to Paragraphs 147-54 of the SAC set forth above as if fully set forth herein

226.   Google denies the allegations in Paragraph 226 of the SAC insofar as they purport to attribute to the '959 and '001 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

227.   Google denies the allegations in Paragraph 227 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

228.   Google denies the allegations in Paragraph 228 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

229.   Google denies the allegations in Paragraph 229 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

230.   Google denies the allegations in Paragraph 230 of the SAC insofar as they purport to attribute to the '025 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

## The Alleged Inventions Claimed in U.S. Patent No. 10,966,025 Did Not Provide Important Advantages to Wireless Audio Systems

231.   Google incorporates by reference each of its responses to Paragraphs 155-61 of the SAC set forth above as if fully set forth herein.

232.   Google denies the allegations in Paragraph 232 of the SAC insofar as they purport to attribute to the '959 and '025 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

## U.S. Patent No. 10,541,883

233.   Google denies the allegations in Paragraph 233 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google admits that Exhibit 131 of the SAC purports to be a copy of the '883 patent. Google

admits that the '883 patent is entitled "Playback Device Connection" and that it bears an issuance date of January 21, 2020. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

234.  Google denies the allegations in Paragraph 234 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

235.  Google denies the allegations in Paragraph 235 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

236.  Google incorporates by reference each of its responses to Paragraphs 187-92 of the SAC set forth above as if fully set forth herein.

**The Alleged Inventions Claimed in U.S. Patent No. 10,541,883 Did Not Improve Technology & Were Well Understood, Routine, or Conventional**

237.  Google incorporates by reference each of its responses to Paragraphs 193-200 of the SAC set forth above as if fully set forth herein

238.  Google denies the allegations in Paragraph 238 of the SAC insofar as they purport to attribute to the '896 and '883 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

239.  Google denies the allegations in Paragraph 239 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google

is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

240.    Google denies the allegations in Paragraph 240 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

241.    Google denies the allegations in Paragraph 241 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

242.    Google denies the allegations in Paragraph 242 of the SAC insofar as they purport to attribute to the '883 patent anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**The Alleged Inventions Claimed in U.S. Patent No. 10,541,883 Did Not Provide Important Advantages to Wireless Audio Systems**

243.    Google incorporates by reference each of its responses to Paragraphs 201-204 of the SAC set forth above as if fully set forth herein.

244.    Google denies the allegations in Paragraph 244 of the SAC insofar as they purport to attribute to the '896 and '883 patents anything that is not stated therein. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and characterizations contained in this Paragraph of the SAC, and therefore denies them.

**COUNT I: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 7,571,014**

245.   Google incorporates by reference each of its responses to Paragraphs 85-109 of the SAC set forth above as if fully set forth herein.

246.   Google denies the allegations and characterizations contained in Paragraph 246 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 246 of the SAC contains conclusions of law, no response is necessary.

247.   Google denies the allegations and characterizations contained in Paragraph 247 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 247 of the SAC contains conclusions of law, no response is necessary.

248.   Google denies the allegations and characterizations contained in Paragraph 248 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 248 of the SAC contains conclusions of law, no response is necessary.

249.   Google admits that Exhibits 29 and 84 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 249 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 225 of the SAC contains conclusions of law, no response is necessary.

250.   Google admits that Exhibits 29, 34-39, and 55 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 250 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 250 of the SAC contains conclusions of law, no response is necessary.

251.   Google admits that Exhibits 29, 84, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 251 of the SAC, and specifically denies it has committed acts

of infringement. To the extent Paragraph 251 of the SAC contains conclusions of law, no response is necessary.

252.    Google denies the allegations and characterizations contained in Paragraph 252 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 252 of the SAC contains conclusions of law, no response is necessary.

253.    Google denies the allegations and characterizations contained in Paragraph 253 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 253 of the SAC contains conclusions of law, no response is necessary.

254.    Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 254 of the SAC, and therefore denies them. To the extent Paragraph 254 of the SAC contains conclusions of law, no response is necessary.

255.    Google denies the allegations and characterizations contained in Paragraph 255 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 255 of the SAC contains conclusions of law, no response is necessary.

256.    Google denies the allegations and characterizations contained in Paragraph 256 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 256 of the SAC contains conclusions of law, no response is necessary.

257.    Google denies the allegations and characterizations contained in Paragraph 257 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 257 of the SAC contains conclusions of law, no response is necessary.

258.    Google denies the allegations and characterizations contained in Paragraph 258 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 258 of the SAC contains conclusions of law, no response is necessary.

**COUNT II: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 8,588,949**

259.   Google incorporates by reference each of its responses to Paragraphs 85-93 and 110-25 of the SAC set forth above as if fully set forth herein.

260.   Google denies the allegations and characterizations contained in Paragraph 260 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 260 of the SAC contains conclusions of law, no response is necessary.

261.   Google denies the allegations and characterizations contained in Paragraph 261 of the SAC, including the footnotes to Paragraph 261, and specifically denies it has committed acts of infringement. To the extent Paragraph 261 of the SAC contains conclusions of law, no response is necessary.

262.   Google admits that Exhibits 29, 34-39, and 55 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 262 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 262 of the SAC contains conclusions of law, no response is necessary.

263.   Google admits that Exhibits 29 and 84 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 263 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 263 of the SAC contains conclusions of law, no response is necessary.

264.   Google admits that Exhibits 29, 34-39, and 55 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 264 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 264 of the SAC contains conclusions of law, no response is necessary.

265.   Google admits that Exhibits 29, 84, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 265 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 265 of the SAC contains conclusions of law, no response is necessary.

266.   Google denies the allegations and characterizations contained in Paragraph 266 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 266 of the SAC contains conclusions of law, no response is necessary.

267.   Google denies the allegations and characterizations contained in Paragraph 267 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 267 of the SAC contains conclusions of law, no response is necessary.

268.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 268 of the SAC, and therefore denies them. To the extent Paragraph 268 of the SAC contains conclusions of law, no response is necessary.

269.   Google denies the allegations and characterizations contained in Paragraph 269 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 269 of the SAC contains conclusions of law, no response is necessary.

270.   Google denies the allegations and characterizations contained in Paragraph 270 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 270 of the SAC contains conclusions of law, no response is necessary.

271.   Google denies the allegations and characterizations contained in Paragraph 271 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 271 of the SAC contains conclusions of law, no response is necessary.

**COUNT III: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 9,195,258**

272.    Google incorporates by reference each of its responses to Paragraphs 85-93 and 126-42 of the SAC set forth above as if fully set forth herein.

273.    Google denies the allegations and characterizations contained in Paragraph 273 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 273 of the SAC contains conclusions of law, no response is necessary.

274.    Google denies the allegations and characterizations contained in Paragraph 274 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 274 of the SAC contains conclusions of law, no response is necessary.

275.    Google admits that Exhibits 20, 29, 60, and 61 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 275 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 275 of the SAC contains conclusions of law, no response is necessary.

276.    Google admits that Exhibits 20, 29, 60, 61, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 276 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 276 of the SAC contains conclusions of law, no response is necessary.

277.    Google denies the allegations and characterizations contained in Paragraph 277 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 277 of the SAC contains conclusions of law, no response is necessary.

278.   Google denies the allegations and characterizations contained in Paragraph 278 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 278 of the SAC contains conclusions of law, no response is necessary.

279.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 279 of the SAC, and therefore denies them. To the extent Paragraph 279 of the SAC contains conclusions of law, no response is necessary.

280.   Google denies the allegations and characterizations contained in Paragraph 280 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 280 of the SAC contains conclusions of law, no response is necessary.

281.   Google denies the allegations and characterizations contained in Paragraph 281 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 281 of the SAC contains conclusions of law, no response is necessary.

282.   Google denies the allegations and characterizations contained in Paragraph 282 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 282 of the SAC contains conclusions of law, no response is necessary.

**COUNT IV: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 9,219,959**

283.   Google incorporates by reference each of its responses to 47-55 and 89-106 of the SAC set forth above as if fully set forth herein.

284.   Google denies the allegations and characterizations contained in Paragraph 284 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 284 of the SAC contains conclusions of law, no response is necessary.

285.   Google denies the allegations and characterizations contained in Paragraph 285 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 285 of the SAC contains conclusions of law, no response is necessary.

286.   Google admits that Exhibits 67-70  and 132 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 286 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 286 of the SAC contains conclusions of law, no response is necessary.

287.   Google admits that Exhibits 67-70 and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 287 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 287 of the SAC contains conclusions of law, no response is necessary.

288.   Google denies the allegations and characterizations contained in Paragraph 288 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 288 of the SAC contains conclusions of law, no response is necessary.

289.   Google denies the allegations and characterizations contained in Paragraph 289 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 289 of the SAC contains conclusions of law, no response is necessary.

290.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 290 of the SAC, and therefore denies them. To the extent Paragraph 290 of the SAC contains conclusions of law, no response is necessary.

291.   Google denies the allegations and characterizations contained in Paragraph 291 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 291 of the SAC contains conclusions of law, no response is necessary.

292.  Google denies the allegations and characterizations contained in Paragraph 292 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 292 of the SAC contains conclusions of law, no response is necessary.

293.  Google denies the allegations and characterizations contained in Paragraph 293 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 293 of the SAC contains conclusions of law, no response is necessary.

**COUNT V: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 10,031,715**

294.  Google incorporates by reference each of its responses to 85-93 and 162-73 of the SAC set forth above as if fully set forth herein.

295.  Google denies the allegations and characterizations contained in Paragraph 295 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 295 of the SAC contains conclusions of law, no response is necessary.

296.  Google denies the allegations and characterizations contained in Paragraph 296 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 296 of the SAC contains conclusions of law, no response is necessary.

297.  Google admits that Exhibits 20, 29, 60, and 61 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 297 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 297 of the SAC contains conclusions of law, no response is necessary.

298.  Google admits that Exhibits 20, 29, 60, 61, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and

characterizations contained in Paragraph 298 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 298 of the SAC contains conclusions of law, no response is necessary.

299.  Google denies the allegations and characterizations contained in Paragraph 299 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 299 of the SAC contains conclusions of law, no response is necessary.

300.  Google denies the allegations and characterizations contained in Paragraph 300 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 300 of the SAC contains conclusions of law, no response is necessary.

301.  Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 301 of the SAC, and therefore denies them. To the extent Paragraph 301 of the SAC contains conclusions of law, no response is necessary.

302.  Google denies the allegations and characterizations contained in Paragraph 302 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 302 of the SAC contains conclusions of law, no response is necessary.

303.  Google denies the allegations and characterizations contained in Paragraph 303 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 303 of the SAC contains conclusions of law, no response is necessary.

304.  Google denies the allegations and characterizations contained in Paragraph 304 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 304 of the SAC contains conclusions of law, no response is necessary.

305.    Google denies the allegations and characterizations contained in Paragraph 305 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 305 of the SAC contains conclusions of law, no response is necessary.

**COUNT VI: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 10,209,953**

306.    Google incorporates by reference each of its responses to Paragraphs 85-93 and 174-86 of the SAC set forth above as if fully set forth herein.

307.    Google denies the allegations and characterizations contained in Paragraph 307 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 307 of the SAC contains conclusions of law, no response is necessary.

308.    Google denies the allegations and characterizations contained in Paragraph 308 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 308 of the SAC contains conclusions of law, no response is necessary.

309.    Google admits that Exhibits 20, 29, 60, and 61 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 309 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 309 of the SAC contains conclusions of law, no response is necessary.

310.    Google admits that Exhibits 20, 29, 60, 61, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 310 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 310 of the SAC contains conclusions of law, no response is necessary.

311.    Google denies the allegations and characterizations contained in Paragraph 311 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 311 of the SAC contains conclusions of law, no response is necessary.

312. Google denies the allegations and characterizations contained in Paragraph 312 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 312 of the SAC contains conclusions of law, no response is necessary.

313. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 313 of the SAC, and therefore denies them. To the extent Paragraph 313 of the SAC contains conclusions of law, no response is necessary.

314. Google denies the allegations and characterizations contained in Paragraph 314 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 314 of the SAC contains conclusions of law, no response is necessary.

315. Google denies the allegations and characterizations contained in Paragraph 315 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 315 of the SAC contains conclusions of law, no response is necessary.

316. Google denies the allegations and characterizations contained in Paragraph 316 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 316 of the SAC contains conclusions of law, no response is necessary.

**COUNT VII: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 10,439,896**

317. Google incorporates by reference each of its responses to Paragraphs 85-93 and 187-204 of the SAC set forth above as if fully set forth herein.

318. Google denies the allegations and characterizations contained in Paragraph 318 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 318 of the SAC contains conclusions of law, no response is necessary.

319. Google denies the allegations and characterizations contained in Paragraph 319 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 319 of the SAC contains conclusions of law, no response is necessary.

320. Google admits that Exhibits 34, 35, 79, and 80 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 320 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 320 of the SAC contains conclusions of law, no response is necessary.

321. Google admits that Exhibits 34, 35, 79, and 80 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 321 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 321 of the SAC contains conclusions of law, no response is necessary.

322. Google denies the allegations and characterizations contained in Paragraph 322 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 322 of the SAC contains conclusions of law, no response is necessary.

323. Google denies the allegations and characterizations contained in Paragraph 323 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 323 of the SAC contains conclusions of law, no response is necessary.

324. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 324 of the SAC, and therefore denies them. To the extent Paragraph 324 of the SAC contains conclusions of law, no response is necessary.

325. Google denies the allegations and characterizations contained in Paragraph 325 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 325 of the SAC contains conclusions of law, no response is necessary.

326. Google denies the allegations and characterizations contained in Paragraph 326 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 326 of the SAC contains conclusions of law, no response is necessary.

327. Google denies the allegations and characterizations contained in Paragraph 327 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 327 of the SAC contains conclusions of law, no response is necessary.

328. Google denies the allegations and characterizations contained in Paragraph 328 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 328 of the SAC contains conclusions of law, no response is necessary.

**COUNT VIII: ALLEGED INFRINGEMENT OF U.S. PATENT NO.
11,080,001**

329. Google incorporates by reference each of its responses to 85-93 and 205-220 of the SAC set forth above as if fully set forth herein.

330. Google denies the allegations and characterizations contained in Paragraph 330 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 330 of the SAC contains conclusions of law, no response is necessary.

331. Google denies the allegations and characterizations contained in Paragraph 331 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 331 of the SAC contains conclusions of law, no response is necessary.

332.   Google admits that Exhibits 20, 29, 60, and 61 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 332 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 332 of the SAC contains conclusions of law, no response is necessary.

333.   Google admits that Exhibits 20, 29, 60, 61, and 85 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 333 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 333 of the SAC contains conclusions of law, no response is necessary.

334.   Google denies the allegations and characterizations contained in Paragraph 334 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 334 of the SAC contains conclusions of law, no response is necessary.

335.   Google denies the allegations and characterizations contained in Paragraph 335 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 335 of the SAC contains conclusions of law, no response is necessary.

336.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 336 of the SAC, and therefore denies them. To the extent Paragraph 336 of the SAC contains conclusions of law, no response is necessary.

337.   Google denies the allegations and characterizations contained in Paragraph 337 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 337 of the SAC contains conclusions of law, no response is necessary.

338.   Google denies the allegations and characterizations contained in Paragraph 338 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 338 of the SAC contains conclusions of law, no response is necessary.

339. Google denies the allegations and characterizations contained in Paragraph 339 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 339 of the SAC contains conclusions of law, no response is necessary.

340. Google denies the allegations and characterizations contained in Paragraph 339 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 339 of the SAC contains conclusions of law, no response is necessary.

**COUNT IX: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 10,966,025**

341. Google incorporates by reference each of its responses to 85-93 and 221-232 of the SAC set forth above as if fully set forth herein.

342. Google denies the allegations and characterizations contained in Paragraph 342 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 342 of the SAC contains conclusions of law, no response is necessary.

343. Google denies the allegations and characterizations contained in Paragraph 343 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 343 of the SAC contains conclusions of law, no response is necessary.

344. Google admits that Exhibits 67-70 and 132 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 344 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 344 of the SAC contains conclusions of law, no response is necessary.

345. Google admits that Exhibits 67-70, 85, and 132 purport to be printed copies of Google webpages. Google denies the remaining allegations and

characterizations contained in Paragraph 345 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 345 of the SAC contains conclusions of law, no response is necessary.

346. Google denies the allegations and characterizations contained in Paragraph 346 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 346 of the SAC contains conclusions of law, no response is necessary.

347. Google denies the allegations and characterizations contained in Paragraph 347 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 347 of the SAC contains conclusions of law, no response is necessary.

348. Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 348 of the SAC, and therefore denies them. To the extent Paragraph 348 of the SAC contains conclusions of law, no response is necessary.

349. Google denies the allegations and characterizations contained in Paragraph 349 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 349 of the SAC contains conclusions of law, no response is necessary.

350. Google denies the allegations and characterizations contained in Paragraph 350 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 350 of the SAC contains conclusions of law, no response is necessary.

351. Google denies the allegations and characterizations contained in Paragraph 351 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 351 of the SAC contains conclusions of law, no response is necessary.

352.   Google denies the allegations and characterizations contained in Paragraph 352 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 352 of the SAC contains conclusions of law, no response is necessary.

**COUNT X: ALLEGED INFRINGEMENT OF U.S. PATENT NO. 10,541,883**

353.   Google incorporates by reference each of its responses to 85-93 and 233-244 of the SAC set forth above as if fully set forth herein.

354.   Google denies the allegations and characterizations contained in Paragraph 354 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 354 of the SAC contains conclusions of law, no response is necessary.

355.   Google denies the allegations and characterizations contained in Paragraph 355 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 355 of the SAC contains conclusions of law, no response is necessary.

356.   Google admits that Exhibits 34, 35, 79, 80, 101, 135, and 136 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 356 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 356 of the SAC contains conclusions of law, no response is necessary.

357.   Google admits that Exhibits 34, 35, 79, 80, 85, 101, 135, and 136 purport to be printed copies of Google webpages. Google denies the remaining allegations and characterizations contained in Paragraph 357 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 357 of the SAC contains conclusions of law, no response is necessary.

358.   Google denies the allegations and characterizations contained in Paragraph 358 of the SAC, and specifically denies it has committed acts of

infringement. To the extent Paragraph 358 of the SAC contains conclusions of law, no response is necessary.

359.   Google denies the allegations and characterizations contained in Paragraph 359 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 359 of the SAC contains conclusions of law, no response is necessary.

360.   Google is currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and characterizations contained in Paragraph 360 of the SAC, and therefore denies them. To the extent Paragraph 360 of the SAC contains conclusions of law, no response is necessary.

361.   Google denies the allegations and characterizations contained in Paragraph 361 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 361 of the SAC contains conclusions of law, no response is necessary.

362.   Google denies the allegations and characterizations contained in Paragraph 362 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 362 of the SAC contains conclusions of law, no response is necessary.

363.   Google denies the allegations and characterizations contained in Paragraph 363 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 363 of the SAC contains conclusions of law, no response is necessary.

364.   Google denies the allegations and characterizations contained in Paragraph 364 of the SAC, and specifically denies it has committed acts of infringement. To the extent Paragraph 364 of the SAC contains conclusions of law, no response is necessary.

1

## **RESPONSE TO PRAYER FOR RELIEF**

2

Google denies that Sonos is entitled to any of the relief requested or any other

3 relief.

4        365.   Paragraph 365 does not contain any factual allegations, and therefore,

5 does not require a response.  To the extent it contains allegations requiring a response,

6 Google denies them.

7        366.   Paragraph 366 does not contain any factual allegations, and therefore,

8 does not require a response.  To the extent it contains allegations requiring a response,

9 Google denies them, including specifically denying that Google has infringed, willful

10 or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief

11 requested or any other relief.

12        367.   Paragraph 367 does not contain any factual allegations, and therefore,

13 does not require a response.  To the extent it contains allegations requiring a response,

14 Google denies them, including specifically denying that Google has infringed, willful

15 or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief

16 requested or any other relief.

17        368.   Paragraph 368 does not contain any factual allegations, and therefore,

18 does not require a response.  To the extent it contains allegations requiring a response,

19 Google denies them, including specifically denying that Google has infringed, willful

20 or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief

21 requested or any other relief.

22        369.   Paragraph 369 does not contain any factual allegations, and therefore,

23 does not require a response.  To the extent it contains allegations requiring a response,

24 Google denies them, including specifically denying that Google has infringed, willful

25 or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief

26 requested or any other relief.

27        370.   Paragraph 370 does not contain any factual allegations, and therefore,

28 does not require a response.  To the extent it contains allegations requiring a response,

Google denies them, including specifically denying that Google has infringed, willful or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief requested or any other relief.

371.    Paragraph 371 does not contain any factual allegations, and therefore, does not require a response.  To the extent it contains allegations requiring a response, Google denies them, including specifically denying that Google has infringed, willful or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief requested or any other relief.

372.    Paragraph 372 does not contain any factual allegations, and therefore, does not require a response.  To the extent it contains allegations requiring a response, Google denies them, including specifically denying that Google has infringed, willful or not, any of Sonos's patent rights and that Sonos is entitled to any of the relief requested or any other relief.

## DEFENSES TO SECOND AMENDED COMPLAINT

Subject to the responses above, Google alleges and asserts the following defenses in response to the allegations, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to its responses above, Google specifically reserves all rights to allege additional affirmative defenses that become known through the course of discovery:

### FIRST DEFENSE – NON-INFRINGEMENT

Google does not infringe and has not infringed (either directly, contributorily, or by inducement), either literally or under the doctrine of equivalents, and is not liable for infringement of any valid and enforceable claim of the '014, '949, '258, '959, '715, '953, '896, '001, '025, and '883 ("asserted patents").

### SECOND DEFENSE – INVALIDITY

Each asserted claim of the asserted patents is invalid for failure to comply with one or more of the requirements of United States Code, Title 35, including without

limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112, the non-statutory doctrine of double patenting, improper inventorship, and the rules, regulations, and laws pertaining thereto.

### THIRD DEFENSE – UNENFORCEABILITY

On information and belief, Sonos is not entitled to any relief against Google in this action because the asserted patents are unenforceable.

### FOURTH DEFENSE – PATENT EXHAUSTION AND/OR LICENSE

On information and belief, Sonos's claims against Google are barred as a result of patent exhaustion and/or a license to the asserted patents.

### FIFTH DEFENSE – IMPLIED LICENSE

On information and belief, Sonos's claims against Google are barred by the doctrine of implied license.

### SIXTH DEFENSE – LACK OF STANDING

On information and belief, Sonos's claims against Google are barred because Sonos lacks standing to assert the asserted patents.

### SEVENTH DEFENSE – EQUITABLE ESTOPPEL

On information and belief, Sonos's claims against Google are barred by the doctrine of equitable estoppel.

### EIGHT DEFENSE – WAIVER

On information and belief, Sonos's claims against Google are barred by the doctrine of waiver.

### NINTH DEFENSE – PROSECUTION HISTORY ESTOPPEL

On information and belief, due to admissions and statements made to the United States Patent and Trademark Office during the prosecution of the applications that resulted in the asserted patents or related patent applications, Sonos is estopped from construing a valid and enforceable claim, if any, of the asserted patents as infringed literally or under the doctrine of equivalents by the accused products.

## TENTH DEFENSE – UNCLEAN HANDS

On information and belief, Sonos's claims against Google are barred by the doctrine of unclean hands.

## ELEVENTH DEFENSE – LIMITATION ON PATENT DAMAGES

On information and belief, Sonos's claims for damages, if any, against Google for alleged infringement of the asserted patents are limited by 35 U.S.C. §§ 286, 287 and/or 288.

## TWELFTH DEFENSE – ENSNAREMENT

On information and belief, Sonos's claims for infringement against Google are barred by the doctrine of ensnarement.

## THIRTEENTH DEFENSE – SUBSTANTIAL NON-INFRINGING USE

Any and all accused instrumentalities have substantial uses that do not infringe and do not induce or contribute to the alleged infringement of the claims of the asserted patents.

## FOURTEENTH DEFENSE – OTHER DEFENSES

Google reserves the right to amend its Answer to include other additional defenses that Google may learn of during the course of this litigation.

## RESERVATION OF RIGHTS

Hulu hereby reserves the right to amend its Answer and reserves any and all additional defenses available to it under Title 35, U.S.C., or the rules, regulations, and laws related thereto, the Federal Rules of Civil Procedure including any defenses set out in Rule 8(c), the Rules of this Court, or otherwise in law or equity, now existing or later arising, as may be discovered or become applicable throughout discovery or otherwise in the course of litigation.

## PRAYER FOR RELIEF

WHEREFORE, Google respectfully requests that this Court enter judgement in its favor and against Sonos as follows:

A.    Dismissing the Complaint in its entirety and with prejudice;

B.    Denying all relief that Sonos seeks in its Complaint;

C.    Declaring that Google has not infringed, and is not infringing, any of the patents asserted in the Complaint;

D.    Declaring that the claims of each of the patents asserted in the Complaint are invalid, unpatentable and/or unenforceable against Google;

E.    Finding this case to be exceptional under 35 U.S.C. § 285 and awarding Google all reasonable costs, experts' fees, and attorneys' fees; and

F.    Awarding any other relief that the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Google hereby demands a trial by jury on all issues so triable raised by Sonos's Second Amended Complaint.

DATED: December 23, 2024          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By       */s/ Lance Yang*
         Lance Yang
         Quinn Emanuel Urquhart & Sullivan, LLP
         865 S Figueroa St, 10th Floor
         Los Angeles, CA 90017
         Tel.: (213) 443-3000

         James C. Judah
         Quinn Emanuel Urquhart & Sullivan, LLP
         50 California Street, 22nd Floor
         San Francisco, CA 94111
         Tel: (415) 875-6420

         *Counsel for Defendant Google LLC*