# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. LA CV20-00169-JAK-DFMx                                  Date 12/27/24

Title: Sonos, Inc. v. Google LLC

Present: The Honorable John A. Kronstadt

|  Daniel Torrez  |                               |
|-----------------|-------------------------------|
|  Deputy Clerk   |  Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

---

Proceedings:    ☐ In Court      ☒ In Chambers       ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  The stay, previously issued in Dkt. 30 is vacated.

☐ Entered _____.

Initials of Preparer     D.T.

CV-74 (10/08)                  CIVIL MINUTES -REOPENING/CLOSING