Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant, GOOGLE LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT NOTICE REGARDING PLEADINGS** |

  Plaintiff Sonos, Inc. and Defendant Google LLC submit this joint notice to (i) inform the Court that the pleadings in this matter are set and thus the Court may wish to vacate the February 18, 2025 hearing, and (ii) to respectfully request that the Court enter an Order Setting Rule 16(b)/26(f) Scheduling Conference.

  On November 18, 2024, this Court entered the following case schedule pursuant to the parties' Joint Motion to Lift the Stay (Dkt. 65):

| Date | Deadline |
|---|---|
| November 26, 2024 | Sonos shall file a second amended complaint that includes additional patents (if any) that Plaintiff seeks to assert |
| December 23, 2024 | Google shall file an answer or a motion in response to the second amended complaint |
| January 13, 2025 | Sonos shall file any opposition to any motion filed by Google in response to the second amended complaint |
| January 27, 2025 | Google shall file any reply in support of any motion filed in response to the second amended complaint |
| February 18, 2025 | Hearing on any motion filed by Google in response to the second amended complaint |

Dkt. 66.

  On November 26, 2024, Sonos filed its Second Amended Complaint. Dkt. 68. On December 23, 2024, Google filed an Answer. Dkt. 69. Accordingly, the pleadings are set. Because no motion in response to the Second Amended Complaint was filed, the Court may wish to vacate the February 18, 2025 motion hearing.

  As the pleadings are set, the parties respectfully request the Court enter an Order Setting the Rule 16(b)/26(f) Scheduling Conference.

| | | |
|---|---|---|
| Dated: January 21, 2025 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>*and*<br>LEE SULLIVAN SHEA & SMITH LLP |
| | By: | */s/ Alyssa Caridis*<br>ALYSSA CARIDIS<br>Attorneys for Plaintiff, SONOS, INC. |
| Dated: January 21, 2025 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: | */s/ Lance Yang*<br>LANCE YANG<br>Attorneys for Defendant, GOOGLE LLC |

### FILER'S ATTESTATION

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2025         */s/ Alyssa Caridis*
                                               ALYSSA CARIDIS