1  Clement S. Roberts (SBN 209203)
   croberts@orrick.com
2  ORRICK HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, CA  94105
4  Tel: 415-773-5700 / Fax: 415-773-5759

5  Alyssa M. Caridis (SBN 260103)
   acaridis@orrick.com
6  ORRICK HERRINGTON & SUTCLIFFE LLP
7  355 S. Grand Avenue, Suite 2700
   Los Angeles, CA  90071
8  Tel: 213-629-2020 / Fax: 213-612-2499

9  George I. Lee (Admitted *Pro Hac Vice*)       Lance Yang (SBN 260705)
   lee@ls3ip.com                                 lanceyang@quinnemanuel.com
10 Sean M. Sullivan (Admitted *Pro Hac Vice*)    QUINN EMANUEL URQUHART &
   sullivan@ls3ip.com                            SULLIVAN, LLP
11                                               865 S. Figueroa Street, 10th Floor
   Rory P. Shea (Admitted *Pro Hac Vice*)
12 shea@ls3ip.com                                Los Angeles, CA 90017
                                                 Tel: (213) 443-3000
13 J. Dan Smith (Admitted *Pro Hac Vice*)        Fax: (213) 443-3100
   smith@ls3ip.com
14 LEE SULLIVAN SHEA & SMITH LLP
   656 W. Randolph Street, Floor 5W              Attorneys for Defendant,
15 Chicago, IL  60661                            GOOGLE LLC
   Tel: 312-754-0002 / Fax: 312-754-0003
16

17 Attorneys for Plaintiff, Sonos, Inc.

18

19                    **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
20

21 SONOS, INC.,                                  Case No. 2:20-cv-00169-JAK (DFMx)

22          *Plaintiff*,                         **JOINT REPORT**
                                                 **RESPONDING TO DKT. 72**
23     v.

24 GOOGLE LLC,

25          *Defendant*.

26

27

28

Case No. 2:20-cv-00169-JAK (DFMx)

JOINT REPORT RESPONDING TO DKT. 72

Plaintiff Sonos, Inc. and Defendant Google LLC submit this joint report in response to the Court's January 22 Order. Dkt. 72 ("Order"). In that Order, the Court ordered the parties to:

> [M]eet and confer with respect to a proposed, revised pretrial schedule. Thereafter, on or before February 10, 2025, the parties shall file a joint report with their respective and/or collective positions as to these dates, and a completed Exhibit A - Schedule of Pretrial and Trial Dates, which can be found in the Standing Order on the Court's procedures and schedules page located at: http://www.cacd.uscourts.gov/honorable-john-kronstadt. Based on a review of the joint report, a scheduling order will be issued.

*Id.*

Appended hereto is a completed Exhibit A – Schedule of Pretrial and Trial Dates For Patent Cases.

Dated: February 10, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Alyssa Caridis*
ALYSSA CARIDIS
Attorneys for Plaintiff, SONOS, INC.

Dated: February 10, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Lance Yang*
LANCE YANG
Attorneys for Defendant, GOOGLE LLC

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2025         */s/ Alyssa Caridis*
                                 ALYSSA CARIDIS