# EXHIBIT A

**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR PATENT CASES**

| Case No.: | 2:20-cv-00169-JAK (DFMx) |
|---|---|
| Case Name: | Sonos, Inc. v. Google LLC |

| Deadlines: | Weeks After Listed Event | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Infringement Contentions (S.P.R. 2.1, 2.2) | 2 (After Order Setting Scheduling Conference) | 2/10/25 | 2/10/25 | |
| Early Meeting of the Parties, Initial Disclosures (S.P.R. 2.3) | 4 (After Order Setting Scheduling Conference) | 2/24/25 | 2/24/25 | |
| Joint Rule 26(f) Report (S.P.R. 2.3) | 10 days (Before Scheduling Conference Date) | 2/21/25 | 2/21/25 | |
| Scheduling Conference (S.P.R. 2.4) | [set by Court] | TBD by Court | TBD by Court | |
| Last Date to Add Parties/Amend Pleadings | | 6/5/25 | 6/5/25 | |
| Invalidity Contentions (S.P.R. 2.5, 2.6) | 2 (After Scheduling Conference) | 4/24/25 | 4/24/2025 | |
| Exchange of Claim Terms (S.P.R. 3.1) | 4 (After Scheduling Conference) | 5/8/25 | 5/8/25 | |
| Exchange Proposed Constructions and Evidence (S.P.R. 3.2) | 6 (After Scheduling Conference) | 5/22/25 | 5/22/25 | |
| Complete Claim Construction Discovery (S.P.R. 3.3) | 10 (After Scheduling Conference) | 6/19/25 | 6/19/25 | |
| Joint Markman Prehearing Statement (S.P.R. 3.4) | 11 (After Scheduling Conference) | 6/26/25 | 6/26/25 | |
| Simultaneous Opening Markman Briefs (S.P.R. 3.5) | 12 (After Scheduling Conference) | 7/3/25 | 7/3/25 | |

| | | | |
|---|---|---|---|
| Simultaneously Responding Markman Briefs, Tutorials, and Presentation Materials (S.P.R. 3.5) | 14 (After Scheduling Conference) | 7/17/25 | 7/17/25 |
| Markman Hearing (S.P.R. 3.6) | 17 (After Scheduling Conference) | 8/11/25 | 8/11/25 |
| Markman Decision | [set by Court] | Est:10/8/25 | Est: 10/8/25 |
| Patentee Files Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures (S.P.R. 4.1, 4.4) | 4 (After Markman Decision) | 11/5/25 | 11/5/25 |
| Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof (S.P.R. 4.2) | 8 (After Markman Decision) | 12/10/25 | 12/10/25 |
| Patentee's Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof (S.P.R. 4.3) | 12 (After Markman Decision) | 1/14/26 | 1/14/26 |
| Discovery Cut-Off (S.P.R. 4.3) | 16 (After Markman Decision) | 2/11/26 | 2/11/26 |
| Last Date to File All Motions (S.P.R. 4.5) | 20 (After Markman Decision) | 3/11/26 | 3/11/26 |

**Note: If necessary, counsel will be invited to submit proposed dates with respect to the final pretrial conference and trial date upon the Court's final ruling on all motions. The trial estimate will be set at the final pretrial conference.**

**\*\*CONTINUE TO NEXT PAGE FOR SETTLEMENT DATES\*\***

| Settlement Procedure Selection:<br>*(ADR-12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | 1 | 3 | |
| **Last day to conduct settlement conference or mediation** | 3/20/26 | 3/20/26 | |
| **Notice of Settlement / Joint Report re Settlement**<br>*(First Friday following last day to conduct settlement conference or mediation)* | 3/27/26 | 3/27/26 | |
| **Post Mediation Status Conference**<br>*(10 days after due date to file notice of settlement / joint report re settlement: Mondays at 1:30 pm)* | 4/6/26 | 4/6/26 | |