UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00169 JAK (DFM) | Date | March 11, 2025 |
|---|---|---|---|
| Title | Sonos, Inc. v. Google LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 73-1)**

The Court has reviewed the parties' February 10, 2025 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 13, 2025 | Deadline to contact Magistrate Judge McCormick's Courtroom Deputy (CRD) to schedule a date for the settlement conference |
| April 24, 2025 | Deadline to serve invalidity contentions |
| May 5, 2025 | Last day to amend or add parties |
| May 8, 2025 | Parties to exchange claim terms |
| May 22, 2025 | Parties to exchange proposed constructions and evidence |
| June 19, 2025 | Claim Construction Discovery Cut-Off |
| June 26, 2025 | Joint Markman Prehearing Statement Due |
| July 3, 2025 | Simultaneous Opening Markman Briefs Due |
| July 17, 2025 | Simultaneous Responsive Markman Briefs, Tutorials, and Presentation Materials Due |
| July 28, 2025 | Markman Hearing |
| September 15, 2025 | Anticipated Ruling to be Issued on Markman Hearing |
| October 14, 2025 | Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00169 JAK (DFM) | Date | March 11, 2025 |
|---|---|---|---|
| Title | Sonos, Inc. v. Google LLC | | |

|  | Disclosures |
|---|---|
| October 22, 2025 | Last day to participate in a settlement conference/mediation |
| October 24, 2025 | Last day to file a notice of settlement or a joint report re status of settlement |
| November 3, 2025, at 11:30 a.m. | Post Mediation Status Conference |
| November 10, 2025 | Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof |
| December 8, 2025 | Patentee's Deadline to Serve for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof |
| January 12, 2026 | Discovery Cut-Off |
| February 9, 2026 | Last day to file motions *(including discovery motions)* |

The adoption of the dates for the Markman process recognizes that the parties have raised issues as to the effect, if any, of the claim construction process during the International Trade Commission ("ITC") proceedings, but does not reflect a decision on those issues. Instead, the parties shall present any such issues, including claims of estoppel, or whether any construction during the ITC proceedings is binding due to the appellate review of the ITC decision, as part of the Markman process in this action.

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The parties' request to participate in a settlement conference with a Magistrate Judge is approved. The parties shall meet and confer as to whether they will request leave to proceed with the settlement conference with a Magistrate Judge other than Judge McCormick, because he is assigned to handle certain disputed issues in this action, should they arise. If the parties make such a request, it shall be made through a joint report filed within 14 days of the issuance of this Order, and shall state their collective and/or respective positions as to the Magistrate Judge whose assignment for conducting the settlement conference is requested. Based on a review of the joint report, a determination will be made as to the Magistrate Judge who will oversee the settlement process, and the parties will be directed to contact the CRD of that Magistrate Judge to schedule the settlement conference on a date on or before the October 22, 2025 deadline. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. They are also ordered to comply with all orders issued by the Magistrate Judge who will conduct the settlement conference as to the process. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on November 3, 2025, if such

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00169 JAK (DFM) | Date | March 11, 2025 |
|---|---|---|---|
| Title | Sonos, Inc. v. Google LLC | | |

notice is filed on or before October 24, 2025. If a notice of settlement is not filed, counsel shall file a joint report by October 24, 2025, regarding the procedural status of settlement discussions, including whether they are ongoing, and if so, when the parties expect them to conclude. The joint report shall not disclose the substantive contents of any settlement communications between the parties. Based on a review of the joint report, a determination will be made whether the November 3, 2025 status conference will proceed, be continued, or taken off calendar.

**IT IS SO ORDERED.**

cc: Magistrate Judge McCormick

|  | : |  |
|---|---|---|
| Initials of Preparer | DT | |