UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-00169 JAK (DFMx) | Date | June 2, 2025 |
| Title | Sonos, Inc. v. Google LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Kim Greiner- remote |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alyssa Caridis | James Judah |
| | Sean Pak |

**Proceedings:** **DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS (DKT. 79)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Defendant's Motion for Leave to Amend Answer and Counterclaims (Dkt. 79) (the "Motion"). Counsel address the Court. The Court inquires whether settlement efforts at this time have been productive. Counsel state that they are ongoing. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued. On or before June 10, 2025, the parties shall meet and confer and file a joint report stating their collective and/or respective views as to the most efficient way to proceed assuming leave to amend is granted.

**IT IS SO ORDERED.**

                                                                                         :      37

                                                   Initials of Preparer    DT