QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **GOOGLE LLC'S NOTICE OF SCHEDULING CONFLICT** <br><br> Hon. John A. Kronstadt |

Defendant Google LLC ("Google") hereby files this notice to inform the Court about a scheduling conflict for August 25, 2025. During the June 2, 2025 hearing on Google's Motion for Leave to Amend Answer and Counterclaims, the Court stated that, due to a scheduling conflict, it would need to reschedule the *Markman* Hearing set for July 28, 2025, and requested counsel's availability for August 25, 2025. Lead counsel for Google, Sean Pak, informed the Court that he should be available on August 25, 2025. Google and Plaintiff Sonos, Inc. ("Sonos") both also addressed a potential August 25, 2025 *Markman* hearing in their June 10, 2025 Joint Status Report. Dkt. 93.

Since the hearing and the Joint Status Report, a new scheduling conflict emerged for Mr. Pak. Mr. Pak is also lead counsel for Samsung Electronics Co., Ltd. in *Collision Commc'ns, Inc. v. Samsung Elecs. Co. Ltd. et al.*, No. 2:23-cv-00587-JRG (E.D. Tex.). On July 1, 2025 (i.e., this morning), the district court in *Collision sua sponte* rescheduled the pretrial conference in that case from August 4, 2025, to August 26, 2025 at 9:00 a.m. CT, in Marshall, Texas. Ex. A. This rescheduling presents a conflict with a potential August 25, 2025 date for the *Markman* Hearing in this case due to the travel time from Los Angeles, California to Marshall, Texas, which takes approximately 10 hours is also accounting for the change in time zones.

DATED: July 1, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ James D. Judah*
James D. Judah (SBN 257112)
*Attorneys for Defendant Google LLC*

# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of TEXAS [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 7/1/2025 at 9:34 AM CDT and filed on 7/1/2025

| | |
|---|---|
| **Case Name:** | Collision Communications, Inc. v. SAMSUNG ELECTRONICS CO., LTD. et al |
| **Case Number:** | 2:23-cv-00587-JRG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Pretrial Conference previously set for 8/4/2025 has been RESET for 8/26/2025 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb)**


**2:23-cv-00587-JRG Notice has been electronically mailed to:**

Melissa Richards Smith     melissa@gillamsmithlaw.com, 4178541420@filings.docketbird.com, 4293145420@filings.docketbird.com, 6868477420@filings.docketbird.com, 7882699420@filings.docketbird.com, Tom@gillamsmithlaw.com, diana@gillamsmithlaw.com, ecfnotices.gsl@gmail.com, mckellar@gillamsmithlaw.com, olivia@gillamsmithlaw.com, rosa@gillamsmithlaw.com, sara@gillamsmithlaw.com, travis@gillamsmithlaw.com

Sean S. Pak     seanpak@quinnemanuel.com, elenemebuke@quinnemanuel.com, sean-pak-2146@ecf.pacerpro.com, susanneglobig@quinnemanuel.com

Bradley Wayne Caldwell     bcaldwell@caldwellcc.com, 1612557420@filings.docketbird.com, paralegals@caldwellcc.com

Nagendra Setty     nick@sechalaw.com, cflores@orrick.com

Victoria Fishman Maroulis     victoriamaroulis@quinnemanuel.com, allisonque@quinnemanuel.com, rachelaripez@quinnemanuel.com

Jason Dodd Cassady     jcassady@caldwellcc.com, 5198251420@filings.docketbird.com, paralegals@caldwellcc.com

Austin Curry     acurry@caldwellcc.com, 2213687420@filings.docketbird.com

Justin Thomas Nemunaitis     jnemunaitis@caldwellcc.com

Kevin Hardy     kevinhardy@quinnemanuel.com, haliciadraughn@quinnemanuel.com, kevin--hardy-4689@ecf.pacerpro.com

Hamad M Hamad     hhamad@caldwellcc.com, Paralegals@caldwellcc.com

Charles Everingham, IV     chad@millerfairhenry.com, diana@millerfairhenry.com, paralegal@millerfairhenry.com

Andrea Leigh Fair     andrea@millerfairhenry.com, diana@millerfairhenry.com, paralegal@millerfairhenry.com

Christopher S Stewart     cstewart@caldwellcc.com, Paralegals@caldwellcc.com

Brian E Mack     brianmack@quinnemanuel.com, brian-mack-quinn-emanuel-8896@ecf.pacerpro.com

Brice Lynch     bricelynch@quinnemanuel.com, jackievalenzuela@quinnemanuel.com

John Thomas McKee     johnmckee@quinnemanuel.com, john-mckee-2017@ecf.pacerpro.com

James Robert Perkins     jperkins@caldwellcc.com, ahickey@coleschotz.com, amacias@coleschotz.com

Patrick James Stafford     patrickstafford@quinnemanuel.com

Olga Slobodyanyuk    olgaslobodyanyuk@quinnemanuel.com

Bailey Alexandra Blaies    bblaies@caldwellcc.com, paralegals@caldwellcc.com

Alexander Joseph Gras    agras@caldwellcc.com, Paralegals@caldwellcc.com, alexgras96@gmail.com

James F Smith    jsmith@caldwellcc.com, Paralegals@caldwellcc.com

John Franklin Summers    jsummers@caldwellcc.com, Paralegals@caldwellcc.com

James Yang    jyang@caldwellcc.com, Paralegals@caldwellcc.com

Brady Huynh    bradyhuynh@quinnemanuel.com

Aisha Mahmood Haley    ahaley@caldwellcc.com, Paralegals@caldwellcc.com

Austin Buscher    austinbuscher@quinnemanuel.com

**2:23-cv-00587-JRG Notice will not be electronically mailed to:**