Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020/Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002/Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF SONOS INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Hearing Date: Aug. 12, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br><br>Complaint Filed: Jan. 7, 2020<br>Discovery Cut-Off: Jan. 12, 2026<br>Pretrial Conference: TBD<br>Trial Date: TBD |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 12, 2025 or as soon thereafter as the matter may be heard, in Courtroom 6B of the above-entitled Court, located at 411 W. Fourth St., Santa Ana, California 92701, before the Honorable John A. McCormick, Plaintiff Sonos, Inc. ("Sonos") will and hereby does move this Court for entry of a Protective Order. This motion is based on the concurrently filed Joint Stipulation under LR 37-2, which specifies the terms of the Protective Order still in dispute and the parties' contentions and points and authorities as to these disputes. This motion is based on this Notice of Motion, the accompanying Joint Stipulation under LR 37-2, the Declaration of Alyssa Caridis ("Caridis Decl.") and exhibits thereto, the declaration of James Judah ("Judah Decl.") and exhibits thereto, all documents in the Court's file, and such other written or oral evidence and argument as may be presented at or before the time this motion is heard by the Court.

Pursuant to LR 37-1, Counsel for Sonos and Defendant Google LLC ("Google") met and conferred telephonically on May 2, 2025 and May 28, 2025 regarding the terms of the Protective Order and exchanged several e-mails on the subject, but the parties could not resolve their disputes. A telephonic conference was necessary because members of Sonos's legal team are not located in this District.

Dated: July 15, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: _/s/ Alyssa Caridis_
Alyssa Caridis
Attorneys for Plaintiff, Sonos, Inc.