Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (Admitted *Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (Admitted *Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant, GOOGLE LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT REPORT RESPONDING TO DKT. 97** |

Plaintiff Sonos, Inc. and Defendant Google LLC submit this joint report in response to the Court's July 15 Order. Dkt. 97 ("Order"). In that Order, the Court ordered the parties to:

> Within 14 days of the issuance of this Order, after meeting and conferring, the parties shall file a joint report as to proposed dates when they are available for the Markman hearing that was previously scheduled for August 25, 2025, as well as their respective and/or respective positions as to any modifications to the current pretrial schedule in this matter.

*Id.*

Appended hereto is a completed Exhibit A – Schedule of Pretrial and Trial Dates For Patent Cases.

The parties agree that all of the proposed deadlines up to and including "Exchange Proposed Constructions and Evidence (S.P.R. 3.2)" relate solely to Google's asserted patents (as the parties have already completed those exchanges for Sonos's asserted patents.

In addition, consistent with the Order, Google filed its Amended Answer and Counterclaims on July 25, 2025. Dkt. 101. The parties jointly agree that Sonos's deadline to file a responsive pleading is August 15, 2025.

Dated:  July 29, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Alyssa Caridis*
 ALYSSA CARIDIS
Attorneys for Plaintiff, SONOS, INC.

Dated: July 29, 2025          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    */s/ James Judah*
JAMES JUDAH
Attorneys for Defendant, GOOGLE LLC

### FILER'S ATTESTATION

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 29, 2025          */s/ Alyssa Caridis*
ALYSSA CARIDIS