Matthew S. Warren (State Bar No. 230565)
20-169@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**NOTICE OF APPEARANCE OF MATTHEW S. WARREN** |

Defendant Google LLC hereby notifies the Court and the parties to this action that Matthew S. Warren of the law firm Warren Kash Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, an attorney admitted to practice before this Court, appears as counsel for defendant Google LLC in this matter. Please serve all pleadings, correspondence, and other materials on Mr. Warren.

Date: August 6, 2025

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-169@cases.warrenlex.com

*Attorneys for Defendant Google LLC*