# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant-Counterclaimant. | No. 2:20-cv-00169-JAK (DFMx) <br><br> **ORDER RE GOOGLE LLC'S UNOPPOSED EX PARTE APPLICATION FOR ISSUANCE OF LETTTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTY (DKT. 112)** |

1

1  Based on a review of the Google LLC's Unopposed Ex Parte Application for
2  Issuance of Lettter of Request for International Judicial Assistance in Procuring
3  Evidence From Foreign Third Party (the "Application" (Dkt. 112)), sufficient good cause
4  has been shown for the requested relief. Therefore, the relief requested through the
5  Application is **GRANTED**, as follows:

6  The Letter Rogatory forwarded to the Court (Dkt. 112-1) shall be signed by the
7  Court. The Clerk of Court is directed to stamp the Letter Rogatory with the seal of the
8  Court for transmission to the Appropriate Judicial Authority in Japan.  The Clerk of Court
9  shall then return this Letter Rogatory to counsel for Google LLC for transmission to the
10 United States Department of State.

12 **IT IS SO ORDERED.**

14 Dated:  August 12, 2025            _____
15                                    John A. Kronstadt
16                                    United States District Judge

2