Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (*Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (*Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (*Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (*Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

Sean S. Pak (SBN 219032)
seankpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivonovic@quinnemanuel.com
QUINN EMANUEL URQUHARDT &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-3100

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHARDT &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant, Google LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff-Counterclaim Defendant*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant-Counterclaimant*. | Case No. 2:20-cv-00169-JAK (DFMx) <br><br> **JOINT *MARKMAN* PREHEARING STATEMENT** |

Pursuant to the Order Setting Pretrial Deadlines (D.I. 128), Plaintiff Sonos, Inc. ("Sonos") and Defendant Google, LLC submit this Joint *Markman* Prehearing Statement with respect to Sonos's Asserted Patents (United States Patent Nos. 7,571,014 (the "'014 Patent"), 8,588,949 (the "'949 Patent"), 9,195,258 (the "'258 Patent"), 9,219,959 (the "'959 Patent"), 10,031,715 (the "'715 Patent"), 10,209,953 (the "'953 Patent"), 10,439,896 (the "'896 Patent"), 10,541,883 (the "'883 Patent"), 10,966,025 (the "'025 Patent"), and 11,080,001 (the "'001 Patent")) and Google's Asserted Patents (U.S. Patent Nos. 9,485,790 (the "'790 Patent") and 12,132,608 (the "'608 Patent")).

# I.    THE PARTIES AGREED CONSTRUCTIONS [S.P.R. 3.4.1]

The parties have agreed on constructions for the following terms:

| Patent(s) & Claim(s)[1] | Term(s) | Agreed Construction |
|---|---|---|
| '959 Patent, claims 5, 10, 29;<br>'025 Patent, claims 1, 18 | "pair" / "pairing" / "paired" | "configuration involving two or more playback devices that have different playback roles" |
| '959 Patent, claims 5, 10 | "equalization of the data" / "equalization [of the audio data']]" | "alteration of the relative strength of certain frequency ranges in the audio data by performing one or more of the following: adjusting one or more parameters related to speaker drivers, such as gain, frequency response, channel output, phase, or time delay; adjusting amplifier gain of the playback device; or using one or more filters" |

---

[1] An identification of an independent claim or other base claim includes all claims that depend therefrom.

| '896 Patent, claims 1, 13; '883 Patent, claims 1, 14 | "at least a second message containing network configuration parameters [for the secure WLAN], wherein the network configuration parameters comprise an identifier of the secure WLAN and a security key for the secure WLAN" | "at least one second message containing network configuration parameters, wherein the network configuration parameters comprise an identifier of the secure WLAN and a security key for the secure WLAN" |
|---|---|---|
| '896 Patent, claim 12; '883 Patent, claim 13 | "the [given] playback device is configured to play back audio content in synchrony with at least the first playback device" | Plain and ordinary meaning. No construction necessary. |
| '258 Patent, claims 17, 26; '953 Patent, claims 7, 18, 25, 28 | "clock time information" / "clock timing information" | "information representing a time value indicated by a device's clock" |
| '001 Patent, claim 20 | "based a" | "based on a" |
| '014 Patent, claims 25, 38; '949 Patent, claims 1, 8; '258 Patent, claim 17; '959 Patent, claims 5, 10; '715 Patent, claims 7, 13; '953 Patent, claims 7, 25; '896 Patent, claims 1 13; '883 Patent, claims 1, 14; '025 Patent, claims 1, 18; '001 Patent, claims 12, 23 | "zone player" / "playback device" / "player" | "data network device configured to process and output audio" |
| '014 Patent, claims 25, 38; '258 Patent, claims 17, 24; '959 Patent, claim 5, 10; '715 Patent, claims 7, 13; '953 Patent, claim 7; '896 Patent, claim 1; '883 Patent, claim 1; '025 Patent, claim 1; '001 Patent, claim 12, 23 | "network interface" | "physical component of a device that provides an interconnection with a data network" |

| | | |
|---|---|---|
| '258 Patent, claims 17, 26; '715 Patent, claims 11, 17; '953 Patent, claims 7, 14, 25; '001 Patent, claims 12, 22, 23, 33 | "playback timing information" | "information indicating when the audio [information / content] is to be played back" |
| '258 Patent, claims 17, 21, 22, 23, 24, 26; '715 Patent, claims 7, 9, 13, 15; '953 Patent, claims 7, 8, 23, 24, 25, 30; '001 Patent, claims 12, 23 | "a synchrony group" | "a set of two or more zone players that are to play the same audio program synchronously" |
| '258 Patent, claim 17 | "independently clocked" | "operating in accordance with their own respective clocks during synchronous playback" |
| '949 Patent, claims 1, 8 | "multimedia" | "any type of media that comprises audio (including audio alone)" |
| '949 Patent, claims 1, 8; '014 Patent, claim 25 | "synchronized playback of a multimedia output" / "synchronizing all players" | "playback of the same multimedia at the same time" / "causing all players to playback the same multimedia at the same time" |
| '896 Patent, claims 1, 13; '883 Patent, claims 1, 5, 14, 17 | "initial communication path" | "wired or wireless communication path established before transitioning to communicating via the secure WLAN" |
| '896 Patent, claim 9 | "the current network configuration parameters of the computing device" | "current network configuration parameters of the computing device" |
| '001 Patent, claims 14, 25 | "the playback timing" | "the playback timing information" |
| '001 Patent, claim 31 | "the at least one an individual future time" | "an individual future time" |

## II.    CHART SHOWING DISPUTED TERMS WITH EACH PARTY'S PROPOSED CONSTRUCTIONS AND SUPPORTING EVIDENCE [S.P.R. 3.4.2]

### Disputed Terms

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| 1 | Sonos's '896 Patent<br><br>"user input indicating that a user wishes to set up a playback device to operate on the secure WLAN" | "an objectively verifiable indication that a user wishes to set up a playback device to operate on the secure WLAN, which does not require that the user select the secure WLAN"<br><br>*Intrinsic Evidence:*<br>• '896 Patent at 3:11-54, 4:1-24, 7:46-8:7, 8:23-42, 8:51-60, 9:44-52, 12:21-30, 12:59-13:4, 13:43-14:34, 14:62-15:2, 15:31-16:30, FIGS. 2B, 2C, 3B, 4A, Claims 1, 13, 20<br>• U.S. Provisional App. No. 60/577,284 dated 06/05/2004, at pp. 9-13, 16-18, Appendix at pp. 6-11<br><br>*Extrinsic Evidence:*<br>• *Sonos, Inc. v. International Trade Commission et al.*, 2022-1421, 2022-1573, 2024 WL 1507605, \*6-8 (Fed. Cir. Apr. 8, 2024)<br>• Inv. No. 337-TA-1191<br>  ○ 2012-07-13 Commission Investigative Staff's Initial | "an objectively verifiable indication that a user wishes to set up a playback device to operate on the same secure WLAN used by the computing device"; Otherwise, indefinite<br><br>*Intrinsic Evidence:*<br>• '896 patent at Claims 1, 13; FIGs. 3B, 4A, 4B; 12:21-13:13; 13:43-63; 14:38-51; 14:62-15:2; 16:6-40; 17:7-38. Claims 1, 2 of U.S. Pat. No. 10,541,883 from the same patent family of the '896 patent.<br><br>*Extrinsic Evidence:*<br>• Complainant Sonos, Inc.'s Opening Claim Construction Brief (July 2, 2020), Inv. No. 337-ITC-1191, Doc. ID. 713,881 at 30-31.<br>• Declaration of Dr. Matthew Shoemake (dated June 23, 2025) |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | *Markman* Brief, pp. 44-47 <br><br> o 2020-09-25 Order 20: Construing the Terms of the Asserted Claims of the Patent at Issue, pp. 33-36 <br><br> o 2021-08-13 Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond at pp. 152-161 <br><br> o 2020-10-02 Respondent's Thirteenth Supplemental Objections & Responses to Complainant's First Set of Interrogatories at 333-34 <br><br> o 2020-11-13 Kevin Jeffay Rebuttal Report at Part II, ¶¶ 120, 126-127 <br><br> o 2020-11-22 Kevin Jeffay Deposition Transcript at 24:1-15, 25:21-26:3, 26:10-28:3, 28:16-19, 35:19-36:3 | |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | ○ 2021-02-26 Kevin Jeffay Trial Transcript at 973:4-974:8<br>○ 2020-10-23 Matthew Shoemake Invalidity Report at ¶¶ 156-157<br>○ 2020-11-18 Shoemake Deposition Transcript at 174:8-177:17, 178:22-181:20<br>○ 2021-02-24 Matthew Shoemake Trial Transcript at 555:2-12, 556:20-558:9, 558:14-25<br>○ 2021-02-05 Commission Investigative Staff's Pre-Hearing Brief at pp. 137-142<br>○ 2021-03-12 Commission Investigative Staff's Post-Hearing Brief at pp. 151-157 | |
| 2 | Sonos's '883 Patent<br><br>"The computing device of claim 1, further comprising program instructions stored on the non | "The playback device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the at least one processor, cause the playback device to perform functions comprising:" | Plain and ordinary meaning<br><br>*Intrinsic Evidence:*<br>• '883 Patent at Claims 1, 13. |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | transitory computer-readable medium that, when executed by the at least one processor, cause the computing device to perform functions comprising:" | *Intrinsic Evidence:*<br>• '883 Patent at 3:11-30, 3:31-54, 4:1-24, 4:44-45, 6:21-8:60, 9:1-27, 15:41-16:4, FIGS. 3A, 4A, Claims 1-20<br>• '883 Patent File History<br>  ○ 2019-03-11 Application<br>  ○ 2019-05-30 Non-Final Rejection<br>• U.S. Provisional App. No. 60/577,284 dated 06/05/2004, at pp. 5-7, 9-13, Appendix at pp. 1 and 7<br>• US 10,439,896 at Claims 1-20<br>• US 10,965,545 at Claims 1-25<br>• US 11,456,928 at Claims 1-41<br><br>*Extrinsic Evidence:*<br>• Landis on Mechanics of Patent Claim Drafting, Fourth Edition (1998) [SONOSSVG1-00117185]<br>• "Patent Drafting for Beginners: The anatomy of a patent claim," IPWatchdog, December 10, 2016 | |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | (https://ipwatchdog.com/2016/12/10/patent drafting-anatomy-patent-claim/id=75575/#) [SONOS-SVG1-00117163]<br>• US 9,967,847 [SONOS-SVG1-00116930]<br>• US 9,967,848 [SONOS-SVG1-00116989]<br>• US 10,582,464 [SONOS-SVG1-00116959]<br>• US 10,952,170 [SONOS-SVG1-00117048]<br>• US 10,820,289 [SONOS-SVG1-00117018]<br>• US 10,743,270 [SONOS-SVG1-00117131]<br>• US 10,334,306 [SONOS-SVG1-00117077]<br>• US 10,587,908 [SONOS-SVG1-00117104] | |
| 3 | Sonos's '014 Patent<br><br>"relative volume loudness difference" | No construction necessary<br><br>*Intrinsic Evidence:*<br>• '014 Patent at 4:11-15, 8:57-61, 11:27-40, 13:53-57, FIG. 4B, Claims 16, 19, 38, 42<br>• '014 Patent File History | Indefinite<br><br>*Intrinsic Evidence:*<br>• '014 patent at 4:11-27; 7:24-8:19; 8:50-9:17; 10:63-13:67; Claims 42, 43. |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | o 2004-06-05 Application<br>o 2008-06-27 Non-Final Rejection<br>o 2009-02-18 Non-Final Rejection<br>o 2009-06-16 Notice of Allowance | |
| 4 | Sonos's '001 Patent<br><br>"audio information that is representative of the audio content" / "audio information that is representative of the particular audio content" | No construction necessary<br><br>*Intrinsic Evidence*<br>• '001 Patent at Claims 1, 7, 12, 18, 23, 29, Figs. 1, 2, 2A, 3, 4, 1:25-3:19, 3:55-4:21, 4:52-8:46, 9:5-46, 10:8-66, 11:5-44, 12:29-57, 13:3-21, 13:51-14:36, 15:9-14, 15:45-50, 16:6-38, 17:1-33, 18:11-61,18:65-19:5, 19:6-21:43, 22:26-23:6, 23:7-16, 23:48-24:5, 24:22-25:57, 26:6-34, 26:46-32:3, 32:4-16, 32:21-59, 35:56-67, 36:37-40<br>• '001 Patent File History<br>o 2019-09-03 RCE<br>o 2019-09-27 Non-Final Office Action and prior art cited therein (US2002/0124097 (Isely) and US2007/0142944 (Goldberg))<br>o 2020-03-27 Response to Non-Final Office Action<br>o 2020-10-07 Notice of Allowance | Indefinite<br><br>*Intrinsic Evidence*<br>• '001 Patent, Fig. 3, Fig. 4, 1:65-2:2, 1:53-57, 19:67-20:4, 31:26-42, 32:21-50, 37:15-21.<br><br>*Extrinsic Evidence*<br>• "content" – New Oxford American Dictionary, Third Edition, p. 375<br>• Declaration of Dr. Matthew Shoemake (dated June 23, 2025) |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | • US 9,195,258 at Claims 1, 8, 10, 11, 16, 17, 25, 26<br>• US 10,209,953 at Claims 1, 7, 10, 11, 12, 19, 20, 21, 25<br>• US 10,949,163 at Claims 1, 4, 5, 6, 7, 10, 14, 17, 18, 19, 20, 23, 27, 30, 31, 32, 33, 36<br>• US 10,956,119 at Claims 1, 5, 6, 7, 9, 13, 14, 15, 16, 20, 24, 25, 26, 27<br>• US 10,747,496 at Claims 1, 3, 7, 9, 13, 15, 19, 21<br>• US 10,970,034 at Claims 1, 4, 5, 6, 8, 9, 12, 13, 14, 16, 17, 20, 21, 22, 24<br>• US 10,545,723 at Claims 1, 5, 6, 9, 15, 16, 17, 21, 25, 26<br>• US 10,754,612 at Claims 4, 12, 20<br>• US 11,106,424 at Claims 1, 9, 17, 25<br>• US 11,106,424 File History<br>   o 2021-05-17 Notice of Allowance<br>• US 11,106,425 at Claims 1, 8, 10, 17, 19, 21, 28, 30<br>• US 11,556,305 at Claims 1, 8, 10, 17, 19, 21, 28, 30<br>• US 11,625,221 at Claims 1, 9, 17, 25<br><br>*Extrinsic Evidence*<br>• Rebuttal Declaration of Dr. Kevin Almeroth (dated July 7, 2025)s | |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | • *American Heritage Dictionary*, 4th Edition (2001) [SONOS-SVG1-00116916]<br>• *New Oxford American Dictionary* (2001) [SONOS-SVG1-00116926]<br>• *Dictionary of Multimedia* (1999 Edition) [SONOS-SVG1-00116919]<br>• *Random House Webster's Unabridged Dictionary*, 2nd Edition (2001) [SONOS-SVG1-00116922]<br>• *Encyclopedia of computer science and technology* (2009) [SONOS-SVG1-00117175]<br>• *Ten Technical Attributes of Communication and Information Technologies*, T. Andrew Finn (1999) [SONOS-SVG1-00117252]<br>• https://www.siriusxmmedia.com/insights/5-types-of-audio-content-and-their-features [SONOS-SVG1-00117179]<br>• US 9,967,847 [SONOS-SVG1-00116930]<br>• US 9,967,848 [SONOS-SVG1-00116989]<br>• US 10,582,464 [SONOS-SVG1-00116959] | |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | • US 10,952,170 [SONOS-SVG1-00117048]<br>• US 10,820,289 [SONOS-SVG1-00117018]<br>• US 10,743,270 [SONOS-SVG1-00117131]<br>• US 10,334,306 [SONOS-SVG1-00117077]<br>• US 10,587,908 [SONOS-SVG1-00117104] | |
| 5 | Sonos's '001 Patent<br><br>"an individual future time" | No construction necessary<br><br>*Intrinsic Evidence*<br>• '001 Patent at Claims 12, 19, 20, 23, 30, 31, FIG. 4, 2:49-3:19, 11:34-40, 16:1-67, 17:1-65, 19:44-21:15, 22:26-60, 24:45-26:5, 27:33-31:64, 36:13-36<br>• '001 Patent File History<br>  ○ 2020-03-27 Response to Non-Final Office Action<br>  ○ 2020-07-10 Notice of Allowance<br>  ○ 2021-06-01 312 Amendment<br>  ○ 2021-06-10 Response to Rule 312 Communication | Indefinite<br><br>*Intrinsic Evidence*<br>• '001 Patent, Fig. 2, Fig. 2A, Fig. 3, Fig. 4, cl. 23, 31, 13:11-16, 26:62-65, 11:45-49.<br><br>*Extrinsic Evidence*<br>• Declaration of Dr. Matthew Shoemake (dated June 23, 2025) |
| 6 | Google's '790 and '608 Patents | "short-range signal transmission path": Plain and ordinary meaning; includes a path that utilizes protocols based on 802.11 standards. | "establishing a short-range signal transmission path before joining the [WLAN / communication network]"<br><br>*Intrinsic Evidence:* |

| | | |
|---|---|---|
| "short-range signal transmission path"<br><br>"establishing a/the short-range signal transmission path" | "establishing a/the short-range signal transmission path": Plain and ordinary meaning; includes establishing a path that utilizes protocols based on 802.11 standards.<br><br>*Intrinsic Evidence:*<br>• '790[2] Patent at 5:26-6:40, 8:28-53<br>• '608 Patent at Claims 1-3, 11-12, 16-17<br>• 61/622,620 Provisional<br>• U.S. Patent Publ. No. 2012/0265913 [SONOS-SVG1-00118242]<br>• U.S. Patent Publ. No. 2015/0220993 [SONOS-SVG1-00117359]<br>• U.S. Patent No. 7,965,983 [SONOS-SVG1-00117320]<br>• U.S. Patent No. 8,228,198 [SONOS-SVG1-00117949]<br><br>*Extrinsic Evidence:*<br>• Inv. No. 337-TA-1330<br>  ○ 2022-12-12 Complainant's Initial Markman Brief [SONOS-SVG1-00117408]<br>• Short-Range Wireless Communications: Emerging Technologies and Applications (R. Kraemer & M. Katz, 2009) at pp. 3-26 [SONOS-SVG1-00117380]<br>• U.S. Patent Publ. No. 2014/0003342 | • '790 patent at claims 1, 3, 4, 5, 9, 12, 13, 14, 16, 17, 18, 19; Figs. 3-7; 7:32-52, 61-65; 8:28-9:6; 9:21-10:2; 10:19-25; 10:41-11:2; 11:38-43, 52-61.<br>• '790 file history at application (10/29/2015), non-final rejection (1/4/2016), applicant's response to non-final rejection (5/4/2016), notice of allowance (7/5/2016).<br>• '608 patent at claims 1, 3, 4, 11, 12, 13, 16, 17, 18; Figs. 3-7; 7:47-67; 8:9-13; 8:42-9:21; 9:36-10:17; 10:34-40; 10:65-11:18; 11:54-59; 12:1-10.<br>• Claims 1, 3, 4, 5, 11, 13, 14, 15, 16, of U.S. Patent No. 11,050,615 from the same patent family.<br>• IPR2023-00806, Dkt. Nos. 1 (petition) at 1-2, 14, 17-18, 25-31, 34-35, 43-47, 51-54, 65, 67; 1003 (Schmidt Declaration) at 33, 40-41, 51-57, 63-64, 66-68, 92-94, 110-113; 9 (POR) at 1-3, 8-14; 16-21; 17 (Petitioner's |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | [SONOS-SVG1-00117912]<br>• *Short-range device*, Wikipedia.com (https://en.wikipedia.org/wiki/Short-range_device) [SONOS-SVG1-00117387]<br>• *Short-Range Wireless Technologies* (https://utsa.pressbooks.pub/networking/chapter/short-range-wireless/) [SONOS-SVG1-00117394] | Demonstrative) at 2-3, 5-7; 2002 (Patent Owner's Demonstrative) at 54-62; 19 (Hr. Tr.) at 27-28; 20 (FWD) at 9, 15-17, 19-22.<br>• File history of parent patent U.S. Patent No. 9,198,204 in the same family, at application (3/15/2013), non-final rejection (1/15/2015), applicant's response to non-final rejection (4/15/2015), notice of allowance (7/20/2015).<br><br>*Extrinsic Evidence:*<br>• Inv. No. 337-TA-1330, Doc. Ids. 786, 263 (Sonos Opening Claim construction brief) at 41-45; Ex. F (White Declaration) at 27-31; 787,095 (Sonos Rebuttal Brief) at 21-24.<br>• Inv. No. 337-TA-1330, Doc. Ids. 786, 265 (Google's Opening Claim construction brief) at |

---

² Because the '790 and '608 Patents share a common specification, Sonos cites to the '790 Patent's specification for ease of reference in connection with the disclosures found in this common specification. Sonos expressly reserves the right to rely on the same disclosure found in the specific specification of the '608 Patent.

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | | 45-47; 786,815 (Google Rebuttal Brief) at 20-23.<br>• Order No. 14: Construing Terms of the Asserted Claims, Inv. No. 337-TA-1330, Doc. Id. 790, 450 at 50-54.<br>• Inv. No. 337-TA-1330, Doc. Ids. (non-CBI versions) 797,541 (Sonos Pre-Trial Brief); 797,544 (Google Pre-Trial Brief); 802,806-802,817 (Hr. Tr.) at 506-586, 905-1028; 800,071 (Sonos Post-Trial Brief); 800,079 (Google Post-Trial Brief); 800,041 (Sonos Reply Post-Trial Brief); 800,043 (Google Reply Post-Trial Brief). |
| 7 | Google's '790 and '608 Patents<br><br>"independently of the WLAN" / "independently of a/the communication network" | Plain and ordinary meaning; does not depend on the WLAN / communication network.<br><br>*Intrinsic Evidence:*<br>• '790 Patent at 4:27-32, 4:50-55, 5:26-6:40, 6:64-7:3, 7:32-52, 7:61-8:13, 9:21-32, 9:59-10:2, 10:47-54, FIGS. 4-7<br>• '608 Patent at Claims 1-2, 11-12, 16-17 | "without traversing an access point defining the [WLAN/communication network]"<br><br>*Intrinsic Evidence:*<br>• '790 Patent at claims 1, 3, 4, 5, 9, 12, 13, 14, 16, 17, 18, 19; Figs. 1-7; 4:17-44; 5:8-51; 6:20-25; 6:55-7:15; 7:32-52, 61-65; 8:28-9:6; 9:21-10:2; 10:19-25; 10:41-11:2; 11:38-43, 52-61. |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | • 61/622,620 Provisional<br>• U.S. Patent No. 11,050,615 at Claims 11, 15<br>• U.S. Patent No. 9,288,228 [SONOS-SVG1-PA-00007010]<br>• U.S. Patent Publ. No. 2013/0026947 [SONOS-SVG1-00117277]<br>• U.S. Patent Publ. No. 2014/0245461 [SONOS-SVG1-00117331]<br><br>*Extrinsic Evidence:*<br>• Inv. No. 337-TA-1330<br>  o 2023-09-15 Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond at pp. 165-75 [SONOS-SVG1-00117997]<br>• *Wiley Electrical and Electronics Engineering Dictionary* (2004) [SONOS-SVG1-00118243]<br>• *Concise Oxford English Dictionary* (2011) [SONOS-SVG1-00117994]<br>• *Encyclopedia of Computer Science and Technology* (2009) [SONOS-SVG1-00117308]<br>• *The Focal Illustrated Dictionary of Telecommunications* | • '790 file history at application (10/29/2015), non-final rejection (1/4/2016), applicant's response to non-final rejection (5/4/2016), notice of allowance (7/5/2016).<br>• '608 patent at claims 1, 3, 4, 11, 12, 13, 16, 17, 18; Figs. 1-7; 4:31-58; 5:22-65; 6:35-40; 7:3-30, 47-67; 8:9-13; 8:42-9:21; 9:35-67; 10:11-40; 10:56-11:18; 11:54-59; 12:1-10.<br>• Claims 1, 3, 4, 5, 11, 13, 14, 15, 16, of U.S. Patent No. 11,050,615 from the same patent family.<br>• IPR2023-00806, Dkt. Nos. 1 (petition) at 9-12, 17-18, 38, 40, 48, 61-64; 1003 (Schmidt Declaration) at 33, 40-41, 51-57, 63-64, 66-68, 92-94, 110-113; 9 (POR) at 1-3, 8-14, 16-21; 17 (Petitioner's Demonstrative) at 2-3, 5-7; 2002 (Patent Owner's Demonstrative) at 2-4; 19 (Hr. Tr.) at 27- |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | (1999) [SONOS-SVG1-00118263]<br>• U.S. Patent Publ. No. 2018/0131401 [SONOS-SVG1-00117262]<br>• *Wi-Fi Certified Wi-Fi Direct*, Wi-Fi Alliance (October 2010) [SONOS-SVG1-00117256]<br>• *Wi-Fi Direct (peer-to-peer or P2P) overview*, developer.android.com [SONOS-00117311] | 28; 20 (FWD) at 27-30.<br><br>*Extrinsic Evidence:*<br>• Inv. No. 337-TA-1330, Doc. Ids. (non-CBI versions) 797,541 (Sonos Pre-Trial Brief); 797,544 (Google Pre-Trial Brief); 802,806-802,817 (Hr. Tr.) at 506-586, 905-1028; 800,071 (Sonos Post-Trial Brief); 800,079 (Google Post-Trial Brief); 800,041 (Sonos Reply Post-Trial Brief); 800,043 (Google Reply Post-Trial Brief).<br>• Microsoft Computer Dictionary, 5th Ed (2002): wireless LAN. |
| 8 | Google's '790 and '608 Patents<br><br>"commissioning" / "commissioning process" | Lexicography, namely, "'commissioning' is construed to mean configuration of the other device 107 and the system 100 as a whole such that the other device 107 is enabled to function properly over the WLAN 104 including, if required, access to the Internet 102," which is indefinite. *See* '790 Patent, 4:55-60; '608 Patent, 5:2-7.<br><br>*Intrinsic Evidence:*<br>• '790 Patent at 1:46-54, 4:55-60, 9:61-63, 10:67-11:2, FIGS. 1-3 | Plain and ordinary meaning<br><br>*Intrinsic Evidence:*<br>• '790 patent at claims 1, 6, 8, 9, 11, 15, 16, 20; Abstract, 1:21-24; 1:46-2:7; 2:13-67; 4:3-17; 4:39-6:54; 7:10-15, 32-52; 8:13-23; 8:54-10:25; 11:24-12:24; Figs. 1-7.<br>• '790 file history at application (10/29/2015), non-final rejection (1/4/2016), |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | | applicant's response to non-final rejection (5/4/2016), notice of allowance (7/5/2016). <br><br>• '608 patent at claims 1, 10, 11, 16; Abstract; 1:37-40; 1:62-2:22; 2:29-3:13; 4:17-30; 4:53-7:2; 7:25-30, 47-67; 8:27-37; 9:1-10:40; 11:40-12:40; Figs. 1-7. <br><br>• '608 file history at non-final rejection (7/19/2023), applicant's response to non-final rejection (12/13/2023), final rejection (1/30/2024), RCE (4/26/2024), notice of allowance (6/26/2024). <br><br>• Claims 1, 7, 9, 10, 11, 12, 16, 17, 18, 20 of U.S. Patent No. 11,050,615 from the same patent family. <br><br>• IPR2023-00806, Dkt. Nos. 1 (petition) at 1-4, 8-11, 14, 16, 17, 20, 22-25, 37-39, 41-43, 47-51, 69-73; 1003 (Schmidt Declaration) at 18-20, 33, 42-44, 47-51, 76-78, 82-83, 86-92, 117-118, 122; 11 (Petitioner's Reply) at 2-3; 17 (Petitioner's |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | | Demonstrative) at 2-3, 8; 2002 (Patent Owner's Demonstrative) at 2-4; 19 (Hr. Tr.) at 5-9; 20 (FWD) at 3-5, 15, 17-18, 24-25, 27-28, 35-36. <br><br> *Extrinsic Evidence:* <br> • Inv. No. 337-TA-1330, Doc. Ids. 786, 263 (Sonos Opening Claim construction brief) at 41-46; 787,095 (Sonos Rebuttal Brief) at 21-25. <br> • Order No. 14: Construing Terms of the Asserted Claims, Inv. No. 337-TA-1330, Doc. Id. 790, 450 at 50-54. <br> • Inv. No. 337-TA-1330, Doc. Ids. (non-CBI versions) 797,541 (Sonos Pre-Trial Brief); 797,544 (Google Pre-Trial Brief); 802,806-802,817 (Hr. Tr.) at 506-586, 905-1028; 800,071 (Sonos Post-Trial Brief); 800,079 (Google Post-Trial Brief); 800,041 (Sonos Reply Post-Trial Brief); 800,043 |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | | (Google Reply Post-Trial Brief). <br>• IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, 7th Ed (2000): commissioning. <br>• Rebuttal declaration from Dr. Matthew Shoemake. |
| 9 | Google's '790 Patent <br><br>"executing an application on the target device to decode and process by the commissioning logic" | Indefinite <br><br>*Intrinsic Evidence:* <br>• '790 Patent at Claims 1, 9, 16 <br>• '790 Patent at 2:53-66, 9:59-10:19, 10:47-11:5, FIG. 5 <br>• '608 Patent at Claims 1-20 <br><br>*Extrinsic Evidence:* <br>• Google's '790 Patent Infringement Contentions [SONOS-SVG1-00118267] | Plain and ordinary meaning <br><br>*Intrinsic Evidence:* <br>• '790 patent at claims 1, 16; 2:42-46, 53-67; 10:3-18; 10:47-11:5. <br>• Claims 1, 10, 11, 12, 16, 18 of U.S. Patent No. 11,050,615 from the same patent family. <br>• IPR2023-00806, Dkt. Nos. 1 (petition) at 14, 31-32, 42-43, 60-61, 71-72; 1003 (Schmidt Declaration) at 33, 42-46, 49, 61-63, 78-79, 86-89, 103-105; 20 (FWD) at 25, 29, 36. <br><br>*Extrinsic Evidence:* <br>• Inv. No. 337-TA-1330, Doc. Ids. 802,806-817 (Hr. Tr.) at 506-586, 905-1028. |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | | • Microsoft Computer Dictionary, 5th Ed (2002): application.<br>• IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, 7th Ed (2000): application. |
| 10 | Google's '790 Patent<br><br>"the transducer" | Indefinite<br><br>*Intrinsic Evidence:*<br>• '790 Patent at Claims 1, 9, 14, and 16<br>• '790 Patent at 2:19-67, 7:24-27, 7:66-8:7, 8:36-40, 8:60-63, 9:1-20, 9:63-10:18, 10:50-52, FIG. 5<br>• '790 Patent File History<br>  ○ 2015-10-29 Application As Filed<br>  ○ 2016-01-04 Non-Final Rejection<br>  ○ 2016-05-04 Response to Non-Final Rejection<br>  ○ 2016-05-05 Applicant-Initiated Interview Summary<br>• U.S. Patent No. 9,198,204, Claims 1-21 [SONOS-SVG1-00118303]<br>• '608 Patent at Claims 1-20<br>• 61/622,620 Provisional<br><br>*Extrinsic Evidence:*<br>• Google's '790 Patent Infringement | Plain and ordinary meaning<br><br>*Intrinsic Evidence:*<br>• '790 patent at claim 9, 16; 2:19-67; 9:59-10:9; 10:47-11:2.<br>• File history of parent patent U.S. Patent No. 9,198,204 in the same family, at application (3/15/2013), non-final rejection (1/15/2015), applicant's response to non-final rejection (4/15/2015), notice of allowance (7/20/2015).<br><br>*Extrinsic Evidence:*<br>• Microsoft Computer Dictionary, 5th Ed (2002): transducer.<br>• IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, 7th Ed (2000): transducer. |

| # | Patent(s) and Term or Phrase | Sonos's Construction and Evidence | Google's Construction and Evidence |
|---|---|---|---|
| | | Contentions [SONOS-SVG1-00118267] | |

## III. IDENTIFICATION OF TEN MOST SIGNIFICANT TERMS FOR CONSTRUCTION [S.P.R. 3.4.3]

The parties identify as the ten most significant terms for construction the ten terms identified in § II, *supra*.

## IV. STATEMENT REGARDING TIME ALLOTTED FOR HEARING [S.P.R. 3.4.4]

The parties agree that a total of forty-five (45) minutes per party is appropriate for their respective presentations at the claim construction hearing.

## V. IDENTIFICATION OF PROPOSED WITNESSES [S.P.R. 3.4.5]

The parties do not intend to call any witness at the claim construction hearing.

Dated:  November 3, 2025        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                *and*
                                LEE SULLIVAN SHEA & SMITH LLP


                                By:  _____*/s/ Alyssa Caridis*_____
                                              Alyssa Caridis

                                Attorneys for Plaintiff-Counterclaim Defendant,
                                Sonos, Inc.


Dated:  November 3, 2025        QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                By:  _____*/s/ Conrad Gosen*_____
                                              Conrad Gosen

                                Attorneys for Defendant-Counterclaimant,
                                Google LLC


### FILER'S ATTESTATION

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  November 3, 2025     By:  _____*/s/ Alyssa Caridis*_____
                                          Alyssa Caridis