Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (*Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (*Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (*Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (*Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

Attorneys for Plaintiff, Sonos, Inc.

QUINN EMANUEL URQUHARDT & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seankpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivonovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-3100

Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant,
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER RELATING TO CLAIM CONSTRUCTION** |

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively "the Parties") respectfully submit this joint motion to modify the Court's Pretrial Deadlines (Dkt. 128) pursuant to Rule 16 of the Federal Rules of Civil Procedure. In particular, the Parties seek to modify the Court's deadline to submit 1) any presentation materials (*e.g.*, demonstrative exhibits, including PowerPoint or other slide presentations) to be used at the hearing pursuant to S.P.R. 3.5; and 2) the electronic copy of the certified file histories as required by S.P.R. 3.5.2 (the "Material"). As explained below, the proposed modification seeks to move these deadlines to December 3, 2025. Additionally, the Parties seek to move the deadlines for the technology tutorial and the responsive claim construction brief to November 26, 2025.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Pursuant to S.P.R. 3.5 and 3.5.2, the Material listed above is simultaneously due with the filing of the responsive claim construction briefs on November 24, 2025. By simultaneously filing responsive briefs and the Material, the parties will not be able to address each other's responsive briefs in those Materials. The parties have meet and conferred and agreed that a short extension to the deadline would allow the parties to fully address each other's positions in the Material.

The Parties respectfully request moving the responsive claim construction brief and technology tutorial deadlines from November 24, 2025 to November 26, 2025, to ensure both sides have 14 days between the opening and responsive briefs, as contemplated by S.P.R. 3.5.[1]

---

[1] In the alternative, should the Court prefer not to move the deadline for the responsive claim construction briefs and technology tutorial, the Parties respectfully request that only the deadlines for the Material be moved to December 3, 2025, while leaving the responsive brief and technology tutorial deadlines unchanged.

| Event | Current Date | Requested Date |
|---|---|---|
| Last day to submit responsive claim construction brief and technology tutorial pursuant to S.P.R. 3.5 | Nov. 24, 2025 | Nov. 26, 2025 |
| Last day to submit any presentation materials to be used at the hearing pursuant to S.P.R. 3.5 | Nov. 24, 2025 | Dec. 3, 2025 |
| Last day to submit the electronic copy of the certified file histories as required by S.P.R. 3.5.2 | Nov. 24, 2025 | Dec. 3, 2025 |

For the reasons above, the Parties respectfully request that the Court modify the scheduling order (Dkt. 128) to adopt the Parties' proposed dates for the short extension of time to submit the material to be used at the claim construction hearing and the copies of the file histories required by the Court.

Dated: November 20, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Alyssa Caridis*
Alyssa Caridis
Attorneys for Plaintiff, Sonos, Inc.

Dated: November 20, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Ogi Zivojnovic*
Ogi Zivojnovic
Attorneys for Defendant, Google LLC

## **FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2025         */s/ Alyssa Caridis*
                                 Alyssa Caridis