# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> GOOGLE, LLC., <br><br>    Defendant. | No. 2:20-cv-00169-JAK (DFMx) <br><br> **ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 147)** |

1

Based on a review of the Joint Motion to Modify Scheduling Order ("Motion" (Dkt. 147)), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is **GRANTED**. The Case Schedule is amended as follows:

| New Date [Old Date] | Deadline |
|---|---|
| November 26, 2025 [November 24, 2025] | Last day to submit responsive claim construction brief and technology tutorial pursuant to S.P.R. 3.5 |
| December 3, 2025 [November 24, 2025] | Last day to submit any presentation materials to be used at the hearing pursuant to S.P.R. 3.5 |
| December 3, 2025 [November 24, 2025] | Last day to submit the electronic copy of the certified file histories as required by S.P.R. 3.5.2 |

**IT IS SO ORDERED.**

Dated:  __11/25/2025__          _____

John A. Kronstadt

United States District Judge

2