QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant-Counterclaimant Google LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant-Counterclaimant.* | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**GOOGLE LLC'S REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) WITH RESPECT TO CREATIVE TECHNOLOGY LTD**<br><br>Judge:   Hon. John A. Kronstadt<br><br>Complaint Filed: Jan. 7, 2020<br>Trial Date: None Set |

TO THE APPROPRIATE JUDICIAL AUTHORITY OF SINGAPORE:

In conformity with Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555 (the "Hague Convention"), the United States District Court for the Central District of California (the "Court") respectfully requests international assistance to obtain evidence to be used in a civil proceeding before this Court in the above-captioned matter.

The Court requests the assistance described herein in the interests of justice.

## I.     REQUEST

The Court requests that the Appropriate Judicial Authority of Singapore, the High Court of Singapore, compel production of documents and information from the following corporate entity:

**Creative Technology Ltd**
31 International Business Park
#03-01
Singapore, 609921
SINGAPORE

Specifically, the Court requests that Creative Technology Ltd ("Creative") produce the documents and information set out in **Exhibit A** to this Request. The Court also requests that the Appropriate Judicial Authority of Singapore compel the appearance of an officer or employee of Creative as nominated by Creative (the "**Deponent**") to testify on the deposition topics identified in **Exhibit B** and produce documents relevant to the above-captioned civil proceeding. As detailed below, the evidence collected will be used in the above-captioned civil proceeding before this Court. In the proper exercise of its authority, this Court has determined that evidence from Creative and the Deponent is necessary to develop the factual record needed to resolve the issues in this proceeding. The Court therefore requests the assistance described herein in the interests of justice.

This Court hereby authorizes Google LLC, by its below-named US counsel and Singapore solicitors, to make the application on behalf of this Court for judicial assistance of the Appropriate Judicial Authority of Singapore to obtain an order for production of documents and information and for the attendance of witnesses for examination in relation to the above-captioned proceeding pending before this Court and to act on behalf of this Court in relation to these requests.

The Court understands that the documents and information requested may be of a confidential nature. As such, the Court understands that such documents may be designated confidential and will be treated as so pursuant to the protective order entered in this matter. Expert reports related to the requested documents and information are due March 23, 2026. The Court respectfully requests that the Appropriate Judicial Authority of Singapore compel production of documents and information before the due date of the related expert report; however such documents and information are still requested even if such a deadline cannot be met.

If any portion of this Request is deemed to be unacceptable under the laws of Singapore, please disregard that portion and continue to comply with as much of the Request as is legally permissible.

**A.**   **Sender and Requesting Judicial Authority**

Honorable John A. Kronstadt

First Street Courthouse
350 W. First Street, Courtroom 10C,
Los Angeles, CA 90012
Telephone: (669) 254-5252

**B.**   **Recipient Judicial Authority**

High Court of Singapore

1 Supreme Ct Ln.

Singapore 178879

**C.**   **Names and Addresses of the Parties and Their Representatives**

*Plaintiff-Counterclaim Defendant,*

| | |
|---|---|
| 1 | Sonos, Inc. |
| 2 | 301 Coromar Drive, |
|   | Goleta, CA 93117 |
| 3 | |
| 4 | *Sonos, Inc.'s Representatives* |
| 5 | Alyssa M. Caridis |
| 6 | Orrick Herrington and Sutcliffe LLP |
|   | 777 South Figueroa Street Suite 3200 |
| 7 | Los Angeles, CA 90017 |
|   | 213-612-2020 |
| 8 | Fax: 213-612-2499 |
| 9 | Email: acaridis@orrick.com |
| 10 | |
|    | Clement S. Roberts |
| 11 | Orrick Herrington and Sutcliffe LLP |
| 12 | 405 Howard Street |
|    | San Francisco, CA 94105-2669 |
| 13 | 415-773-5700 |
|    | Fax: 415-773-5759 |
| 14 | Email: croberts@orrick.com |
| 15 | |
| 16 | George I. Lee |
|    | Lee Sullivan Shea and Smith LLP |
| 17 | 656 West Randolph Street Suite 5W |
| 18 | Chicago, IL 60661 |
|    | 312-754-9606 |
| 19 | Fax: 312-754-9603 |
|    | Email: lee@ls3ip.com |
| 20 | |
| 21 | John D. Smith, III |
| 22 | Lee Sullivan Shea and Smith LLP |
|    | 656 West Randolph Street Suite 5W |
| 23 | Chicago, IL 60661 |
|    | 312-754-9602 |
| 24 | Fax: 312-754-9603 |
| 25 | Email: smith@ls3ip.com |
| 26 | |
|    | Rory P. Shea |
| 27 | Lee Sullivan Shea and Smith LLP |
| 28 | 656 West Randolph Street Suite 5W |

Chicago, IL 60661
312-754-9602
Fax: 312-754-9603
Email: shea@ls3ip.com

Sean M. Sullivan
Lee Sullivan Shea and Smith LLP
656 West Randolph Street, Suite 5W
Chicago, IL 60661
312-754-9602
Fax: 312-754-9603
Email: sullivan@ls3ip.com

*Defendant-Counterclaimant.*

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

*Google LLC's Representatives*

Sean S. Pak
seanpak@quinnemanuel.com
Melissa J. Baily
melissabaily@quinnemanuel.com
James D. Judah
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang
lanceyang@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**

-5-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
WITH RESPECT TO CREATIVE TECHNOLOGY LTD

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel:   (213) 443-3000
Facsimile:   (213) 443-3100

D. **Persons Authorized to Make the Application to the Appropriate Judicial Authority of Singapore on Behalf of the Court**

**Allen & Gledhill LLP**
One Marina Boulevard
#28-00
Singapore 018989
Tel: +65 6890 7188
Fax: +65 6327 3800
*On behalf of Google LLC*

**Q**UINN **E**MANUEL **U**RQUHART & **S**ULLIVAN**, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
*On behalf of Google LLC*

E. **Person to Whom the Executed Request is to be Returned**

Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
**Q**UINN **E**MANUEL **U**RQUHART & **S**ULLIVAN**, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

II.   NATURE AND PURPOSE OF THE PROCEEDING

Plaintiff and Counterclaim Defendant Sonos, Inc. ("Sonos") has asserted United States Patent Nos. 7,571,014; 8,588,949; 9,195,258; 9,219,959; 10,031,715; 10,209,953; 10,439,896; 11,080,001; 10,966,025; and 10,541,883 (collectively, "Sonos's Asserted Patents") against Defendant-Counterclaimant Google LLC

("Google") in an action for patent infringement. *See* Dkts. 1, 64, 68. The accused products, collectively referred to as the "Google Wireless Audio System," include Chromecast devices, Google/Nest Home speakers and displays (Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio), Nest Wifi Point, Pixel Tablet with Charging Speaker Dock, controlling applications (Google Home app, YouTube Music app, Google Play Music app), and Pixel phones, tablets, and laptops.

Sonos alleges that Google's products infringe patents covering certain aspects of wireless multi-room audio technology, including how to set up playback devices on wireless networks and control those playback devices. Google denies these allegations and further contends that Sonos's patents are invalid over the prior art, including prior art systems developed and sold by Creative Technology Ltd ("Creative") in the United States.

Specifically, through its investigation based on public material, Google has determined that Creative likely retains information related to: (1) prior art systems to Sonos's Asserted Patents, including the Creative Sound Blaster Wireless Music audio receiver ("the Creative Product"); (2) the extent to which the Creative Product discloses the claims of Sonos's Asserted Patents; and (3) the public use and on sale dates of the Creative Product. Google does not have possession of this information, as this information is confidential to Creative. Moreover, apart from a limited set of documents and information related to the public use and on sale dates of the Creative Product in the United States, Creative's United States distribution, sales, and marketing subsidiary (Creative Labs, Inc.) also claims to not have possession of this information. Accordingly, Creative has or is likely to have the documents sought in their possession, custody or power and is the proper entity from which to obtain the requested information.

## III. EVIDENCE

The documents and information requested to be produced are identified in **Exhibit A** attached hereto.

The topics for a requested deposition are identified in **Exhibit B** attached hereto. The Court respectfully requests, to the extent it does not conflict with Singapore law, that: (1) the Deponent be compelled to give oral testimony under oath or affirmation on the topics in **Exhibit B** before Google LLC's above-named US counsel (*i.e.* Quinn Emanuel Urquhart & Sullivan, LLP ("**QE**")); (2) that the examination take place either in-person in Singapore or remotely with QE video-conferencing from the US (at Google LLC's election); (3) that the examination be taken in the presence of a professional stenographer and a professional videographer suggested by Google LLC; (4) that the stenographer be permitted to record a verbatim transcript of the examination and that the videographer be permitted to record the examination; (5) that Google's US and Singapore counsel be permitted to be present at the examination throughout; and (6) that Google's US and Singapore counsel be permitted to pose and/or request to be posed supplementary or follow-up questions to the Deponent.

In the event that, due to mandatory provisions of Singapore law, the taking of evidence according to some or all of the procedures described above is prohibited, this Court requests that it be taken in such manner as provided by Singapore law for the formal taking of testimonial evidence in civil proceedings.

This Court further requests that any requirement to seal, certify and/or authenticate the deposition or examination be dispensed with. The requested documents and testimony are not otherwise obtainable by this Court through its own compulsory process. The requested documents are relevant to issues in the proceeding. The requested documents are exclusively in the possession, custody, or control of Creative.

**A.  Documents and Information Requested**

Defendant-Counterclaimant respectfully requests that two copies of the requested documents be produced: one copy to be provided for use of the judicial authority in Singapore, and the second copy to be provided to Defendant-Counterclaimant, who shall make copies of these documents to share with Plaintiff-Counterclaim Defendant.  Further, Defendant-Counterclaimant respectfully requests that the documents produced for this Court's use be produced in either hard copy or electronically.  The documents can be shipped by Federal Express (or comparable means) to Ognjen Zivojnovic, whose contact information is detailed in Section I.C., *supra*.  To the extent any of these documents cannot be produced, this Court respectfully requests that the documents be delivered for inspection at a time and place of your choosing so that the parties to this proceeding may inspect and copy the documents.

**B.  Identity and Address of Person to be Examined (i.e. Deponent)**

Officer or employee of Creative as nominated by Creative
**c/o Creative Technology Ltd**
31 International Business Park
#03-01
Singapore 609921
SINGAPORE

**C.  Request For Notification Of The Time And Place Of The Execution Of This Request And Identity And Address Of Any Person To Be Notified**

This Court respectfully requests that advance notification of the time and place for execution of the Letter Rogatory be sent to the following representatives of the Court and to the requesting party:

Honorable John A. Kronstadt

First Street Courthouse
350 W. First Street, Courtroom 10C,
Los Angeles, CA 90012
Tel: (669) 254-5252

*Defendant-Counterclaimant Google LLC,*

Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

### IV. PROTECTIVE ORDER

In this matter, a Protective Order that governs the production of documents requested from Creative was entered on August 18, 2025. Because this matter involves confidential and proprietary business information, the Protective Order will protect such information from public disclosure. Accordingly, the United States District Court for the Central District of California will request that any documents, testimony, and/or records of testimony obtained in response to this Letter Rogatory designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER" or "HIGHLY CONFIDENTIAL – SOURCE CODE" or "CONFIDENTIAL SOURCE CODE – ATTORNEY'S EYES ONLY INFORMATION" be treated in accordance with the provisions of the Protective Order to protect that confidential and proprietary information. All disclosed information will be treated with the utmost confidence. The entered Protective Order is provided as **Exhibit C** attached hereto.

### V. OFFER OF RECIPROCAL ASSISTANCE

The United States District Court for the Central District of California is willing to provide similar assistance to the Appropriate Judicial Authority of Singapore. *See* 28 U.S.C. § 1782.

## VI. REIMBURSEMENT FOR COSTS

Counsel for Google is willing to reimburse the Appropriate Judicial Authority of Singapore for costs and expenses incurred in executing this Letter Rogatory up to US $5,000. Please inform counsel for Google before the costs exceed this amount. Please direct requests for reimbursement to:

> Ognjen Zivojnovic
> ogizivojnovic@quinnemanuel.com
> QUINN EMANUEL URQUHART &
> SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> Tel: (415) 875-6600
> Fax: (415) 875-6700

DATED: 12/02/2025



_____
**John A. Kronstadt**
Judge for the United States District Court
for the Central District of California
First Street Courthouse
350 W. First Street, Courtroom 10C,
Los Angeles, CA 90012
Telephone: (669) 254-5252


_____/s/ Brian D. Karth_____

Brian D. Karth, Clerk of Court

| Maria Lindaya | /s/ M. Lindaya |
|---|---|
| Deputy Clerk's Printed Name | By: Deputy Clerk's Signature |