UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-00169-JAK-DFM | Date | December 1, 2025 |
|---|---|---|---|
| Title | Sonos, Inc. v. Google LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cole Richter<br>Sydney Hecimovich | Ognjen Zivojnovic |

**Proceedings:**     **DEFENDANT'S SECOND MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS (DKT. 132)**

The motion hearing is held. Counsel address the Court. The Motion is taken under submission, and a written ruling will be issued.

The Court asks whether any further settlement efforts at this time would be productive. Counsel state that a settlement conference was previously conducted with Magistrate Judge McCormick, and that it did not result in a resolution. Counsel may have another settlement conference with a private neutral later in the proceedings. The Court encourages counsel to continue to confer about the best time to do so as well as any other issues related to the conference.

**IT IS SO ORDERED.**

                                                          :    43

Initials of Preparer    TJ