| | |
|---|---|
| Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Melissa J. Baily (SBN 237649)<br>melissabaily@quinnemanuel.com<br>James D. Judah (SBN 257112)<br>jamesjudah@quinnemanuel.com<br>Ognjen Zivojnovic (SBN 307801)<br>ogizivojnovic@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>Lance Yang (Bar No. 260705)<br>lanceyang@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>*Attorneys for Defendant Google LLC* | Clement S. Roberts (SBN 209203)<br>croberts@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel: 415-773-5700/Fax: 415-773-5759<br><br>Alyssa M. Caridis (SBN 260103)<br>acaridis@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA  90071<br>Tel: 213-629-2020/Fax: 213-612-2499<br><br>George I. Lee (Admitted *Pro Hac Vice*)<br>lee@ls3ip.com<br>Sean M. Sullivan (Admitted *Pro Hac Vice*)<br>sullivan@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W. Randolph Street, Floor 5W<br>Chicago, IL  60661<br>Tel: 312-754-0002/Fax: 312-754-0003<br><br>*Attorneys for Plaintiff Sonos, Inc.* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>            Plaintiff,<br>   vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>Judge:   Hon. John A. Kronstadt |

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this joint motion to modify the Court's Order Setting Pretrial Deadlines (Dkt. 128) pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

On November 26, 2025, the Court continued the *Markman* Hearing from December 15, 2025, to February 23, 2026. ECF No. 153. Because the Court's forthcoming claim construction order will inform the remainder of this case—including the parties' remaining fact discovery, expert discovery, and final contentions—a short extension to the operative pretrial deadlines, corresponding to the new *Markman* Hearing date, will allow sufficient time for the completion of the same.

The Parties have met and conferred and jointly request that the Court amend the Scheduling Order as set forth below:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Last day to submit presentation materials to be used at the hearing and electronic copies of the certified file histories as required by S.P.R. 3.5 | December 3, 2025 | February 9, 2026 |
| Markman Hearing | February 23, 2026[1] | February 23, 2026 |

---

[1] ECF No. 153. The *Markman* Hearing was previously set for December 15, 2025. *See* ECF No. 128.

| Estimated Markman Decision | January 20, 2026 | March 31, 2026 |
|---|---|---|
| Patentee files final infringement contentions and expert reports on issues where patentee bears burden of proof; All parties file advice of counsel disclosures | February 17, 2026 | April 28, 2026 |
| Last day to conduct settlement conference or mediation | March 3, 2026[2] | May 12, 2026 |
| Notice of Settlement / Joint Report re Settlement | March 6, 2026[3] | May 15, 2026 |
| Post Mediation Status Conference | March 9, 2026 | May 18, 2026 |
| Accused infringer files final invalidity contentions, rebuttal expert reports, and opening expert reports where accused infringer has burden of proof | March 16, 2026 | May 25, 2026 |
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | April 13, 2026 | June 22, 2026 |
| Discovery cut-off | May 11, 2026 | July 20, 2026 |
| Last day to file all motions (including discovery motions) | June 1, 2026 | August 10, 2026 |

---

[2] ECF No. 142 (Order Re Joint Motion to Modify Scheduling Order (Dkt. 138)).

[3] ECF No. 142 (Order Re Joint Motion to Modify Scheduling Order (Dkt. 138)).

DATED: December 16, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Ognjen Zivojnovic*
Ognjen Zivojnovic (SBN 307801)
*Attorneys for Defendant Google LLC*

DATED: December 16, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP
and
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement S. Roberts*
Clement S. Roberts
*Attorneys for Plaintiff Sonos, Inc.*

**FILER'S ATTESTATION**

I, Ognjen Zivojnovic, pursuant to Local Civil Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 16, 2025      */s/ Ognjen Zivojnovic*
                              Ognjen Zivojnovic (SBN 307801)