1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SONOS, INC.,

        Plaintiff,

v.

GOOGLE, LLC.,

        Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 158)**

1

Based on a review of the Joint Motion to Modify Scheduling Order ("Motion" (Dkt. 158)), sufficient good cause has been shown for the requested relief, which corresponds to the prior order continuing the date for the Markman hearing. Accordingly, the Motion is **GRANTED**. The Case Schedule is amended as follows:

| New Date<br>[Old Date] | Deadline |
|---|---|
| February 9, 2026<br>[December 3, 2025] | Last day to submit presentation materials to be used at the hearing and electronic copies of the certified file histories as required by S.P.R. 3.5 |
| February 23, 2026<br>[February 23, 2026] | Markman Hearing |
| March 31, 2026<br>[January 20, 2026] | Estimated Markman Decision |
| April 28, 2026<br>[February 17, 2026] | Patentee files final infringement contentions and expert reports on issues where patentee bears burden of proof; All parties file advice of counsel disclosures |
| May 12, 2026<br>[March 3, 2026] | Last day to conduct settlement conference or mediation |
| May 15, 2026<br>[March 6, 2026] | Notice of Settlement / Joint Report re Settlement |
| May 18, 2026<br>[March 9, 2026] | Post Mediation Status Conference |
| May 25, 2026<br>[March 16, 2026] | Accused infringer files final invalidity contentions, rebuttal expert reports, and opening expert reports where accused infringer has burden of proof |

| New Date<br>[Old Date] | Deadline |
|---|---|
| June 22, 2026<br>[April 13, 2026] | Patentee's rebuttal expert report on issues where accused infringer has burden of proof |
| July 20, 2026<br>[May 11, 2026] | Discovery cut-off |
| August 10, 2026<br>[June 1, 2026] | Last day to file all motions (including discovery motions) |

**IT IS SO ORDERED.**

Dated:  December 17, 2025

_____

John A. Kronstadt

United States District Judge

3