Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020 / Fax: 213-612-2499

George I. Lee (*Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (*Pro Hac Vice*)
sullivan@ls3ip.com
Rory P. Shea (*Pro Hac Vice*)
shea@ls3ip.com
J. Dan Smith (*Pro Hac Vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002 / Fax: 312-754-0003

*Attorneys for Plaintiff, SONOS, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., | CASE NO. 2:20-cv-00169-JAK (DFMx) |
| *Plaintiff-Counterclaim Defendant*, | **SONOS INC.'S NOTICE OF LODGING CLAIM CONSTRUCTION MATERIAL PURSUANT TO S.P.R. 3.5** |
| vs. | |
| GOOGLE LLC, | |
| *Defendant-Counterclaimant.* | Judge: Hon. John A. Kronstadt |
| | Markman Hearing Date: Feb. 23, 2026 |
| | Courtroom: 10C |
| | Complaint Filed: Jan. 7, 2020 |

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD.

2    PLEASE TAKE NOTICE that Plaintiff Sonos, Inc. ("Sonos") has submitted the

3    material required under S.P.R. 3.5 of the Judge's Standing Order for Civil Cases

4    Assigned to Judge John A. Kronstadt.  Specifically, Sonos submitted the following

5    material, on the dates indicated below, by providing a link to download the material

6    via email to Judge's Chambers at JAK_Chambers@cacd.uscourts.gov[1]:

7        1.   Technical tutorial in both video MP4 and PDF format on November 24,

8    2025;

9        2.   Presentation material in PDF format on February 9, 2026;

10       3.   Certified file history for Sonos's asserted U.S. Patent No. 10,541,883 on

11   February 9, 2026.  The file history contains a bookmarked index and the portions of

12   the file history relied upon by both sides are highlighted pursuant to S.P.R. 3.5.2[2].

13   Prior to submission the parties conferred on the highlights;

14       4.   A chart in Word format providing the parties' proposed constructions of

15   each disputed term, with a column for the Court's construction pursuant to S.PR. 3.5.1

16   on February 9, 2026.

17

18

19

20

21

22

23

24

25   —————————————

26       [1] Counsel for Google LLC was carbon copied on the emails and therefore served
     with the same material.

27       [2] Pursuant to the parties' agreement, Google LLC is responsible for submitting

28   its asserted patents (U.S. Patent Nos. 9,485,790 and 12,132,608).

1    Dated:  February 9, 2026          Respectfully submitted,

2                                      ORRICK HERRINGTON & SUTCLIFFE LLP
3                                      *and*
                                       LEE SULLIVAN SHEA & SMITH LLP
4

5
                                       By: */s/ Alyssa Caridis*
6                                          Alyssa Caridis
7                                          *Attorneys for Plaintiff Sonos, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28