UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-00169-JAK-DFM | Date | February 23, 2026 |
|---|---|---|---|
| Title | Sonos, Inc. v. Google LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| M. Lindaya | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alyssa Caridis | Ognjen Zivojnovic |
| John Dan Smith, III | Sean Pak |
| Sean Sullivan | Melissa Baily |
| Lute Yang | |

**Proceedings:** **MARKMAN HEARING**

The *Markman* hearing is held. The Court provides the parties with a tentative ruling and permits counsel time to review the ruling prior to giving their respective presentations. The parties were reminded that the tentative ruling was provided exclusively for use by counsel (and those assisting them at the hearing) and shall not be copied or otherwise disclosed to any other person(s), with all copies deleted or returned at the conclusion of the hearing.

The hearing resumes on the record. The Court confers with counsel regarding the matter. The Court takes the *Markman* hearing UNDER SUBMISSION and will issue a ruling. The tentative rulings are returned to the Courtroom Deputy.

**IT IS SO ORDERED.**

|  | 1 | : | 48 |
|---|---|---|---|
| Initials of Preparer | mal | | |