Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant and
Counterclaimant Google LLC*

Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071
Tel: 213-629-2020/Fax: 213-612-2499

Cole B. Richter (admitted *Pro Hac Vice*)
richter@ls3ip.com
George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL  60661
Tel: 312-754-0002/Fax: 312-754-0003

*Attorneys for Plaintiff and Counterclaim
Defendant Sonos, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>Judge:    Hon. John A. Kronstadt |

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this joint motion to modify the Court's Scheduling Order (ECF No. 159) pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Parties have diligently pursued fact discovery since the lifting of the stay in this case in late 2024 by exchanging document productions, multiple sets of interrogatories and requests for production, exchanging 30(b)(6) notices, and briefing discovery disputes. The parties have also completed claim construction and are now just awaiting the Court's ruling on the same.

Despite these efforts, the complexity of this litigation warrants a modification of the scheduling order. This case involves twelve asserted patents, ten by Sonos and two by Google, from five patent families. There are multiple accused products on both sides of the case. Both sides have raised numerous invalidity and affirmative defenses. And the parties have engaged in extensive negotiations on ESI discovery and 30(b)(6) depositions but still need to produce those documents and take those and other 30(b)(1) depositions.

Given these complexities, the parties agree that this case would benefit from a decoupling of fact and expert discovery and an accompanying modest extension to the overall schedule, as shown in the proposed amended schedule below. This will allow the parties to complete the remaining fact discovery that will bear directly on expert analyses before turning to that expert discovery. Without this modification, the Parties must exchange expert reports based on an incomplete factual record and then supplement those reports as additional discovery is completed. The parties are concerned that this will lead to additional disputes over whether supplements are

-2-

warranted and their appropriate scope.  The Court also has not yet issued its claim construction ruling.  Thus, the amended schedule will allow the Parties to incorporate the Court's claim construction guidance and remaining fact discovery into their expert reports from the outset, avoiding the need for potentially significant revisions or supplementations.

The Parties have met and conferred and jointly request that the Court amend the Scheduling Order as set forth below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| **New:** Parties serve supplemental responses to the following interrogatories:<br>• Google's Interrogatory Nos. 12, 16, and 17<br>• Sonos's Interrogatory Nos. 12, 30, and 31 | New | May 22, 2026 |
| **New:** Parties serve final infringement and invalidity contentions | New | June 12, 2026 |
| **New:** Fact discovery cut-off and last day to file discovery motions | New | July 2, 2026 |
| [[**Current:** Patentee files final infringement contentions and expert reports on issues where patentee bears burden of proof; All parties file advice of counsel disclosures]]<br>**Revised:** Patentee submits opening expert reports on issues where | April 28, 2026 | July 23, 2026 |

01980-00237/18126487.1

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER

| | | |
|---|---|---|
| patentee bears burden of proof (e.g., infringement, damages) | | |
| Last day to conduct settlement conference or mediation | May 12, 2026 | August 7, 2026 |
| Notice of Settlement / Joint Report re Settlement | May 15, 2026 | August 14, 2026 |
| Post Mediation Status Conference | May 18, 2026 | August 24, 2026 |
| [[**Current:** Accused infringer files final invalidity contentions, rebuttal expert reports, and opening expert reports where accused infringer has burden of proof]] **Revised:** Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) | May 25, 2026 | August 21, 2026 |
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | June 22, 2026 | September 18, 2026 |
| [[**Current:** Discovery cut-off]] **Revised:** Expert Discovery cut-off | July 20, 2026 | October 9, 2026 |
| [[**Current:** Last day to file all motions (including discovery motions)]] | August 10, 2026 | October 16, 2026 |

01980-00237/18126487.1

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER

| | | |
|---|---|---|
| **Revised:** Last day to file all motions (including SJ and Daubert motions but not motions in limine) | | |

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER

DATED: April 22, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    /s/ Ognjen Zivojnovic
Ognjen Zivojnovic (SBN 307801)
*Attorneys for Defendant Google LLC*

DATED: April 22, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By:    /s/ Alyssa M. Caridis
Alyssa M. Caridis (SBN 260103)
*Attorneys for Plaintiff Sonos, Inc.*

## **FILER'S ATTESTATION**

I, Ognjen Zivojnovic, pursuant to Local Civil Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 22, 2026

*/s/ Ognjen Zivojnovic*
Ognjen Zivojnovic (SBN 307801)

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER

01980-00237/18126487.1