# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SONOS, INC.,

        Plaintiff,

v.

GOOGLE, LLC.,

        Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 177)**

1

Based on a review of the Joint Motion to Modify Scheduling Order ("Motion" (Dkt. 177)), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is **GRANTED**. The Case Schedule is amended as follows:

| [Old Date]<br>New Date | Deadline |
|---|---|
| May 22, 2026 | Parties serve supplemental responses to the following interrogatories:<br>• Google's Interrogatory Nos. 12, 16, and 17<br>• Sonos's Interrogatory Nos. 12, 30, and 31 |
| June 12, 2026 | Parties serve final infringement and invalidity contentions |
| July 2, 2026 | Fact discovery cut-off and last day to file discovery motions |
| [April 28, 2026]<br>July 23, 2026 | Patentee submits opening expert reports on issues where patentee bears burden of proof (e.g., infringement, damages) |
| [May 12, 2026]<br>August 7, 2026 | Last day to conduct settlement conference or mediation |
| [May 15, 2026]<br>August 14, 2026 | Notice of Settlement / Joint Report re Settlement |
| [May 18, 2026]<br>August 24, 2026, at 11:30 a.m. | Post Mediation Status Conference |
| [May 25, 2026]<br>August 21, 2026 | Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) |
| [June 22, 2026]<br>September 18, 2026 | Patentee's rebuttal expert report on issues where accused infringer has burden of proof |

2

| [Old Date]<br>New Date | Deadline |
| --- | --- |
| [July 20, 2026]<br>October 9, 2026 | Expert Discovery cut-off |
| [August 10, 2026]<br>October 16, 2026 | Last day to file all motions (including SJ and Daubert motions but not motions in limine) |

**IT IS SO ORDERED.**

Dated:  April 27, 2026

_____

John A. Kronstadt

United States District Judge

3