QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant-Counterclaimant Google LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant-Counterclaimant.* | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**ORDER GRANTING GOOGLE LLC'S EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTY**<br><br>Judge:          Hon. John A. Kronstadt<br><br><br>Complaint Filed:  Jan. 7, 2020<br>Trial Date:  None Set |

ORDER GRANTING APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTY

This matter having arisen upon application by Defendant-Counterclaimant Google LLC for this Court to issue a Letter Rogatory for International Judicial Assistance to the Appropriate Judicial Authority of Switzerland to procure evidence from Barix AG and, it appearing that this Letter Rogatory is appropriate, **IT IS ORDERED** that the Letter Rogatory forwarded to the Court shall be signed by the Court and that the Clerk of this Court is directed to stamp the Letter Rogatory with the seal of the Court for transmission to the Appropriate Judicial Authority in Switzerland.  The Clerk of this court shall then return this Letter Rogatory to counsel for Google LLC for transmission to the Appropriate Judicial Authority in Switzerland.

**SO ORDERED.**

DATED:

_____
**Honorable John A. Kronstadt**
Judge for the United States District Court
for the Central District of California
First Street Courthouse
350 W. First Street, Courtroom 10C,
Los Angeles, CA 90012
Telephone: (669) 254-5252

-2-
ORDER GRANTING APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTY