# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SONOS, INC.,

      Plaintiff,

v.

GOOGLE, LLC.,

      Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE UNOPPOSED EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTY (DKT. 190)**

1

Based on a review of Defendant's Unopposed Ex Parte Application for Issuance of Letter of Request for International Judicial Assistance in Procuring Evidence from Foreign Third Party ("Application" (Dkt. 190)), sufficient good cause has been shown for the requested relief. The Letter Rogatory forwarded to the Court shall be signed by the Court and stamped with the seal of the Court.

It shall be the responsibility of Defendant to carry out the processes and procedures required to deliver the signed Letter Rogatory and all other relevant documents to the appropriate authorities in Switzerland.

**IT IS SO ORDERED.**

Dated:  May 12, 2026    _____

John A. Kronstadt

United States District Judge

2