QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Defendant-Counterclaimant Google LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff-Counterclaim Defendant,* <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant-Counterclaimant.* | CASE NO. 2:20-cv-00169-JAK (DFMx) <br><br> **GOOGLE LLC'S NOTICE OF MOTION AND MOTION RE DISCOVERY DISPUTE** <br><br> Date:  July 21, 2026 <br> Time:  10:00 AM <br> Location:  Courtroom 6B <br> Judge:  Hon. Douglas F. McCormick |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on July 21, 2026 at 10:00 a.m. in Courtroom 6B, 6th Floor of the Ronald Regan Federal Building and United States Courthouse, at 411 West 4th Street, Santa Ana, CA 92701, or as soon thereafter as the matter can be heard before the Honorable Douglas F. McCormick, Defendant Google LLC will and hereby does move this Court for an order compelling Sonos, Inc. provide discovery.

This motion is made pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rules 37-1 and 37-2 and follows a conference among counsel that took place telephonically on April 20, 2026.  The parties were not able to reach an agreement, and the instant motion follows.

This motion is based on this Notice of Motion and the concurrently filed Local Civil Rule 37-2 Joint Stipulation and the declarations and exhibits thereto, any subsequently filed supplemental memoranda, the pleadings and papers filed in this action, and any other materials or argument presented to the Court at the hearing of this matter.

DATED: June 29, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ James D. Judah*
James D. Judah

*Attorneys for Defendant-Counterclaimant Google LLC*

## **FILER'S ATTESTATION**

I, James D. Judah, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  June 29, 2026

*/s/ James D. Judah*
James D. Judah

-3-

01980-00237/18347475.1