**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC.,<br>*Plaintiff-Counterclaim Defendant,*<br>vs.<br>GOOGLE LLC,<br>*Defendant-Counterclaimant.* | CASE NO. 2:20-cv-00169-JAK (DFMx)<br>**[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED APPLICATION TO SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY ANOTHER PARTY IN CONNECTION WITH THE JOINT FILING REGARDING DISCOVERY DISPUTE PURSUANT TO LOCAL RULE 37-2** |

WHEREAS the Court has determined that Google LLC ("Google") is entitled leave to file under seal, and the Court has reviewed the submissions on the record from Google in support.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

Google's Unopposed Application To Seal Documents Designated Confidential By Another Party In Connection With the Joint Filing Regarding Discovery Dispute is GRANTED with respect to the following:

| DOCUMENT TO BE SEALED | PORTIONS TO BE SEALED |
|---|---|
| Joint Filing Regarding Discovery Dispute (brief) | Portions highlighted in yellow at pgs. 7-9 |
| Exhibit 4 to the Declaration of James Judah In Support of the Joint Filing Regarding Discovery Dispute ("Judah Declaration") | Redacted in full |
| Exhibit 6 to the Judah Declaration | Portions highlighted in yellow at pg. 3 |
| Exhibit 7 to the Judah Declaration | Portions highlighted in yellow at PDF pgs. 20-22, 57, 58, 95, and 137 |
| Exhibit 11 to the Declaration of Alyssa Caridis In Support of the Joint Filing Regarding Discovery Dispute ("Caridis Declaration") | Redacted in full |
| Exhibit 12 to the Caridis Declaration | Redacted in full |
| Exhibit 13 to the Caridis Declaration | Redacted in full |

Dated:

By:______________________________
Honorable Douglas F. McCormick