QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>*Plaintiff,*<br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF JAMES D. JUDAH IN SUPPORT OF GOOGLE LLC'S SUPPLEMENTAL MEMORANDUM PURSUANT TO LOCAL RULE 37-2**<br><br>Initial Complaint Filed: January 7, 2020<br>Discovery Cutoff: July 20, 2026<br>Final Pretrial Conference: TBD<br>Trial Date: TBD<br><br>Date:  July 21, 2026<br>Time:  10:00 AM<br>Location:  Courtroom 6B<br>Judge:  Hon. Douglas F. McCormick |

## DECLARATION OF JAMES D. JUDAH

I, James D. Judah, declare and state as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice in this Court.  I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google, LLC ("Google").  Unless stated otherwise, I make this declaration based on my personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    I make this declaration in support of Google's Supplemental Memorandum Pursuant to Local Rule 37-2.

3.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the deposition transcript of Bill Shoesmith, dated June 25, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of July 2026, in San Francisco, California.

*/s/ James D. Judah*
James D. Judah