Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant and
Counterclaimant Google LLC*

Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Cole B. Richter (admitted *Pro Hac Vice*)
richter@ls3ip.com
George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL  60661
Tel: 312-754-0002/Fax: 312-754-0003

Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071
Tel: 213-629-2020/Fax: 213-612-2499

*Attorneys for Plaintiff and Counterclaim
Defendant Sonos, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>Judge:    Hon. John A. Kronstadt |

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this joint motion to modify the Court's Scheduling Order (ECF No. 179) pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Parties have diligently pursued fact discovery since the lifting of the stay in this case in late 2024 by exchanging document productions, multiple sets of interrogatories and requests for production, exchanging 30(b)(6) notices, and briefing discovery disputes.

On June 17, 2026, Google filed its Motion for Partial Summary Judgment, noticing the hearing for July 16, 2026. ECF No. 214. On June 18, 2026, the Court sua sponte continued the hearing to October 5, 2026 and set a briefing schedule pursuant to Section 9(b) of the Court's Standing Order. ECF No. 217. In order to accommodate the parties' schedules as well as allowing sufficient time for the parties to complete expert discovery, the parties jointly propose the schedule as shown in the below table. The parties believe that this proposed schedule will allow the Court sufficient time to review the parties' briefing in advance of the hearing without disrupting the progression of this case.

The Parties have met and conferred and jointly request that the Court amend the Scheduling Order as set forth below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| **New:** Sonos's Opposition to Google's Motion for Summary Judgment | July 8, 2026 | July 31, 2026 |
| Patentee submits opening expert reports on issues where patentee | July 23, 2026 | |

01980-00237/18471371.1

| | | |
|---|---|---|
| bears burden of proof (e.g., infringement, damages) | | |
| Last day to conduct settlement conference or mediation | August 7, 2026 | |
| Notice of Settlement / Joint Report re Settlement | August 14, 2026 | |
| **New:** Google's Reply in Support of Google's Motion for Summary Judgment | July 22, 2026 | August 21, 2026 |
| Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) | August 21, 2026 | September 11, 2026 |
| Post Mediation Status Conference | August 24, 2026 | |
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | September 18, 2026 | October 9, 2026 |
| Expert Discovery cut-off | October 9, 2026 | October 30, 2026 |
| Last day to file all motions (including SJ and Daubert motions but not motions in limine) | October 16, 2026 | November 6, 2026 |

01980-00237/18471371.1

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER

DATED: July 24, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    /s/ James D. Judah
        James D. Judah (SBN 257112)
        *Attorneys for Defendant Google LLC*

DATED: July 24, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By:    /s/ Alyssa M. Caridis
        Alyssa M. Caridis (SBN 260103)
        *Attorneys for Plaintiff Sonos, Inc.*

-4-

Case No. 2:20-cv-00169-JAK (DFMx)

## FILER'S ATTESTATION

I, James D. Judah, pursuant to Local Civil Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 24, 2026

*/s/ James D. Judah*
James D. Judah (SBN 257112)

01980-00237/18471371.1

Case No. 2:20-cv-00169-JAK (DFMx)
JOINT MOTION TO MODIFY SCHEDULING ORDER