# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SONOS, INC.,

Plaintiff,

v.

GOOGLE, LLC.,

Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE SONOS, INC.'S APPLICATION TO SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY SONOS IN CONNECTION WITH ITS OPPOSITION TO GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT (DKT. 270)**

Based on a review of Sonos, Inc.'s Application to Seal Documents Designated Confidential by Sonos in Connection with its Opposition to Google LLC's Motion for Summary Judgment ("Application" (Dkt. 270)), sufficient good cause has been shown for the requested relief. Accordingly, the Application is **GRANTED**, with respect to the following:

| DOCUMENT TO BE SEALED | PORTIONS TO BE SEALED |
|---|---|
| Sonos Inc.'s Response to Statement of Genuine Disputes Re Google LLC's Motion For Summary Judgment Re Written Description | Portions highlighted by Google in yellow on pp. 58-64 |
| Exhibit A to the Declaration of Alyssa Caridis in Support of Sonos Inc.'s Opposition to Google LLC's Motion for Summary Judgment re Written Description ("Caridis Declaration") | Portions highlighted in green on pp. 8, 10, 12-17, 19-22 |

**IT IS SO ORDERED.**

Dated: August 5, 2026

John A. Kronstadt
United States District Judge