# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE, LLC.,<br><br>      Defendant. | No. 2:20-cv-00169-JAK (DFMx)<br><br>**ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 265)** |

1

Based on a review of the Joint Motion to Modify Scheduling Order ("Motion" (Dkt. 265)), sufficient good cause has been shown for the requested relief, which corresponds to the prior order continuing the date for the Markman hearing. Accordingly, the Motion is **GRANTED**. The Case Schedule is amended as follows:

| New Date [Old Date] | Deadline |
| --- | --- |
| July 31, 2026 [July 8, 2026] | Sonos's Opposition to Google's Motion for Summary Judgment |
| July 23, 2026 | Patentee submits opening expert reports on issues where patentee bears burden of proof (e.g., infringement, damages) |
| August 7, 2026 | Last day to conduct settlement conference or mediation |
| August 14, 2026 | Notice of Settlement / Joint Report re Settlement |
| August 21, 2026 [July 22, 2026] | Google's Reply in Support of Google's Motion for Summary Judgment |
| September 11, 2026 [August 21, 2026] | Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) |
| August 24, 2026 | Post Mediation Status Conference |
| October 9, 2026 [September 18, 2026] | Patentee's rebuttal expert report on issues where accused infringer has burden of proof |

2

| New Date [Old Date] | Deadline |
|---|---|
| October 30, 2026 [October 9, 2026] | Expert Discovery cut-off |
| November 6, 2026 [October 16, 2026] | Last day to file all motions (including SJ and Daubert motions but not motions in limine) |

**IT IS SO ORDERED.**

Dated:  August 6, 2026

_____

John A. Kronstadt

United States District Judge

3