**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SONOS, INC.,

Plaintiff,

v.

GOOGLE, LLC.,

Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE SONOS, INC.'S APPLICATION TO SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY ANOTHER PARTY IN CONNECTION WITH SONOS, INC.'S OPPOSITION TO GOOGLE LLC'S MOTION TO STAY (DKT. 267)**

Based on a review of Sonos, Inc.'s Application to Seal Documents Designated Confidential by Another Party in Connection with Sonos, Inc.'s Opposition to Google LLC's Motion to Stay ("Application" (Dkt. 267)), the Declaration of Emma Frank (Dkt. 268), and the Declarations of Ognjen Zivojnovic (Dkts. 278, 279), sufficient good cause has been shown for certain of the requested relief. Accordingly, the Application is **GRANTED-IN-PART**, as follows:

| DOCUMENT TO BE SEALED | PORTIONS TO BE SEALED |
|---|---|
| Sonos's Opposition Brief | Portions highlighted in yellow on p. 3 |
| Exhibit 2 to the Declaration of Alyssa Caridis in Support of Sonos Inc.'s Opposition to Google LLC's Motion to Stay ("Caridis Declaration") | Entire document |
| Exhibit 3 to the Caridis Declaration | Entire document |

The Application is **DENIED** as to Exhibits 7–8 because Zivojnovic declares that neither contains any confidential third-party information.

**IT IS SO ORDERED.**

Dated: August 13, 2026

John A. Kronstadt
United States District Judge