QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Defendant-Counterclaimant Google LLC*

ORRICK HERRINGTON & SUTCLIFFE LLP
Clement S. Roberts (SBN 209203)
croberts@orrick.com
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Alyssa Caridis (SBN 260103)
acaridis@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel: (213) 629-2020
Fax: (213) 612-2499

LEE SULLIVAN SHEA & SMITH LLP
George I. Lee (*pro hac vice*)
lee@ls3ip.com
Sean M. Sullivan (*pro hac vice*)
sullivan@ls3ip.com
Rory P. Shea (*pro hac vice*)
shea@ls3ip.com
J. Dan Smith (*pro hac vice*)
smith@ls3ip.com
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002

*Attorneys for Plaintiff-Counterclaim Defendant Sonos. Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant-Counterclaimant.* | CASE NO. 2:20-cv-00169-JAK (DFMx)<br><br>**JOINT STATUS REPORT**<br><br>Initial Complaint Filed: January 7, 2020<br>Final Pretrial Conference: TBD<br>Trial Date: TBD<br><br>Judge: Hon. John A. Kronstadt |

Plaintiff-Counterclaim Defendant Sonos, Inc. ("Sonos") and Defendant-Counterclaimant Google LLC ("Google") (collectively "the Parties") jointly submit the following status report pursuant to this Court's Scheduling Order, Docket No. 275.

The parties completed a mediation on July 31, 2026. The Parties were unable to reach a settlement at the mediation.

DATED: August 14, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

*/s/ Alyssa Caridis*
Alyssa Caridis

*Attorneys for Plaintiff-Counterclaim Defendant Sonos, Inc.*

DATED: August 14, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ James Judah*
James Judah

*Attorneys for Defendant-Counterclaimant Google LLC*

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 14, 2026

*/s/ Alyssa Caridis*
Alyssa Caridis