# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.<br>Plaintiff(s),<br>v.<br>GOOGLE LLC<br>Defendant(s). | CASE NUMBER:<br>2:20−cv−00169−JAK−DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 8/25/2026

Document No.: 290

Title of Document: MOTION to Subpoena Deposition Testimony

**ERROR(S) WITH DOCUMENT:**

This motion was set before the incorrect judge and should be noticed before the magistrate judge.

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: August 25, 2026

By: /s/ *Yvette Louis yvette_louis@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**