**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SONOS, INC.,

Plaintiff,

v.

GOOGLE, LLC.,

Defendant.

No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE GOOGLE'S APPLICATION TO SEAL DOCUMENTS DESIGNATED CONFIDENTIAL IN CONNECTION WITH GOOGLE'S REPLY IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT (DKT. 284)**

Based on a review of Google's Application to Seal Documents Designated Confidential in Connection with Google's Reply in Support of Google's Motion for Summary Judgment ("Application" (Dkt. 284)), sufficient good cause has been shown for certain of the requested relief. Accordingly, the Application is **GRANTED**, as follows:

| DOCUMENT TO BE SEALED | PORTIONS TO BE SEALED |
|---|---|
| Google's Reply to Sonos's Response to Google's Statement of Uncontroverted Facts | Portions highlighted in yellow at pgs. 57-62 |

**IT IS SO ORDERED.**

Dated: August 25, 2026

John A. Kronstadt
United States District Judge