**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sonos, Inc., PLAINTIFF(S) v. Google, LLC, DEFENDANT(S). | CASE NUMBER: 2:20-cv-00169-JAK-DFMx |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 8/25/2026 | 290 | MOTION to Subpoena Deposition Testimony |

**IT IS HEREBY ORDERED:**

- [x] The document is stricken
- [ ] The hearing date has been rescheduled to ______________ at ________.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [x] Other:

ECF No. 290 is stricken for the reason(s) stated in the Notice [ECF No. 291] filed on August 25, 2026.

Counsel shall re-file and set the motion hearing before the Magistrate Judge.

Dated: 8/26/2026

By: [signature]
U.S. District Judge / ~~U.S. Magistrate Judge~~