Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant and Counterclaimant Google LLC*

Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Cole B. Richter (admitted *Pro Hac Vice*)
richter@ls3ip.com
George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002/Fax: 312-754-0003

Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020/Fax: 213-612-2499

*Attorneys for Plaintiff and Counterclaim Defendant Sonos, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SONOS, INC.,

Plaintiff,

vs.

GOOGLE LLC,

Defendant.

Case No. 2:20-cv-00169-JAK (DFMx)

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Judge: Hon. John A. Kronstadt

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this joint motion to modify the Court's operative Scheduling Order (ECF No. 275) pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Under the Magistrate Judge's Minute Order issued August 21 (ECF No. 288), Sonos's supplemental validity contentions are due September 14, 2026, and thus after Google is currently scheduled to submit its rebuttal reports addressing invalidity on September 11, 2026. To allow Google to respond to Sonos's validity theories in its rebuttal reports and avoid the need for supplementation and attendant burden on the Court, the Parties agree to extend the remaining deadlines for rebuttal reports, reply reports, expert discovery, all motions (including Summary Judgment and *Daubert* motions but not motions in limine) by two weeks. The Parties further agreed to modify deadlines for oppositions and replies to motions (including Summary Judgment and *Daubert* motions) to accommodate for the winter holidays.

The parties jointly propose the schedule as shown in the table below. The parties believe that this proposed schedule will allow compliance with the Court's Order without disrupting the progression of this case.

The Parties have met and conferred and jointly request that the Court amend the Scheduling Order as set forth below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) | September 11, 2026 | September 25, 2026 |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | October 9, 2026 | October 23, 2026 |
| Expert Discovery cut-off | October 30, 2026 | November 13, 2026 |
| Last day to file all motions (including Summary Judgment and *Daubert* motions but not motions in limine) | November 6, 2026 | November 20, 2026 |
| Opposition to motions | Not expressly identified in prior Scheduling Order | December 18, 2026 |
| Reply to motions | Not expressly identified in prior Scheduling Order | January 15, 2026 |

DATED: September 1, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ James D. Judah*
James D. Judah (SBN 257112)
*Attorneys for Defendant Google LLC*

DATED: September 1, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Alyssa M. Caridis*
Alyssa M. Caridis (SBN 260103)
*Attorneys for Plaintiff Sonos, Inc.*

**FILER'S ATTESTATION**

I, James D. Judah, pursuant to Local Civil Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 1, 2026

*/s/ James D. Judah*
James D. Judah (SBN 257112)