**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SONOS, INC.,

Plaintiff,

vs.

GOOGLE LLC,

Defendant.

Case No. 2:20-cv-00169-JAK (DFMx)

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

Based on a review of the Joint Motion to Modify the Scheduling Order ("Motion"), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is GRANTED, as follows:

1. The Pretrial Deadlines (ECF No. 275) are modified as follows:

| New Date [Old Date] | Deadline |
|---|---|
| September 25, 2026 [September 11, 2026] | Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) |
| October 23, 2026 [October 9, 2026] | Patentee's rebuttal expert report on issues where accused infringer has burden of proof |
| November 13, 2026 [October 30, 2026] | Expert Discovery cut-off |
| November 20, 2026 [November 6, 2026] | Last day to file all motions (including Summary Judgment and *Daubert* motions but not motions in limine) |
| December 18, 2026 | Opposition to motions |

| **New Date [Old Date]** | **Deadline** |
|---|---|
| January 15, 2026 | Reply to motions |

**IT IS SO ORDERED.**

Dated:

The Honorable John A. Kronstadt
United States District Judge