**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SONOS, INC.,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 2:20-cv-00169-JAK (DFMx)

**ORDER RE JOINT MOTION TO MOTIFY SCHEDULING ORDER (DKT. 297)**

Based on a review of Joint Motion to Modify Scheduling Order, Dkt. 61 ("Motion"), sufficient good cause has been shown for certain of the requested relief. Accordingly, the Motion is **GRANTED**. The operative Scheduling Order, Dkt. 275, is amended as follows:

| **Event** | **Current Date** | **Continued Date** |
|---|---|---|
| Accused Infringer submits rebuttal expert reports (e.g., infringement, damages), and opening expert reports where accused infringer has burden of proof (e.g., invalidity) | September 11, 2026 | September 25, 2026 |
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | October 9, 2026 | October 23, 2026 |
| Expert Discovery cut-off | October 30, 2026 | November 13, 2026 |
| Last day to file all motions (including Summary Judgment and *Daubert* motions but not motions in limine) | November 6, 2026 | November 20, 2026 |
| Last day to file oppositions to all motions | N/A | December 18, 2026 |
| Last day to file replies in support of all motions | N/A | January 15, 2027 |

///

///

///

**IT IS SO ORDERED.**

Date: September 2, 2026

John A. Kronstadt
United States District Judge