UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-00169-JAK-DFMx | Date | October 1, 2026 |
| Title | Sonos, Inc. v. Google LLC | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Valerie Savla |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alyssa Caridis<br>Sean Sullivan<br>Cole Richter | Melissa Baily<br>Ognjen Zivojnovic |

**Proceedings:** **DEFENDANT'S MOTION TO STAY CASE (DKT. 256)**

The hearing on Defendant's Motion to Stay Case ("Motion"), Dkt. 256, is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION,** and a ruling will be issued.

**IT IS SO ORDERED.**

: 35

Initials of Preparer mal