Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant and Counterclaimant Google LLC*

Sean M. Sullivan (Admitted *Pro Hac Vice*)
sullivan@ls3ip.com
Cole B. Richter (admitted *Pro Hac Vice*)
richter@ls3ip.com
George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002/Fax: 312-754-0003

Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020/Fax: 213-612-2499

*Attorneys for Plaintiff and Counterclaim Defendant Sonos, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SONOS, INC.,

Plaintiff,

vs.

GOOGLE LLC,

Defendant.

Case No. 2:20-cv-00169-JAK (DFMx)

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Judge: Hon. John A. Kronstadt

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this joint motion to modify the Court's Scheduling Order (ECF No. 298) pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Parties are currently diligently pursuing expert discovery, including conducting in-person inspections of systems that Google experts have made available for inspection and are asserting constitute prior art to the Asserted Patents. Some systems have been made available for inspection in New York and others in Los Angeles. To allow Sonos's experts and counsel sufficient time to conduct these in-person inspections and to prepare their responsive reports, and to allow for sufficient time for these experts to be deposed in this case while avoiding conflicts with other cases and work commitments and to accommodate for the winter holidays, the Parties have agreed to modify the deadlines for remaining rebuttal expert reports, and the attendant expert-deposition period and dispositive motion period.

The Parties jointly propose the modified schedule as shown in the table below. The parties believe that this proposed schedule will allow compliance with the Court's Order without disrupting the progression of this case. The Parties have met and conferred and jointly request that the Court amend the Scheduling Order as set forth below:

| Event | Current Deadline | Revised Deadline |
| --- | --- | --- |
| **New**: Sonos provides counterproposal regarding case narrowing | n/a | October 20, 2026 |
| Patentee’s rebuttal expert report on issues where accused infringer has burden of proof | October 23, 2026 | November 13, 2026 |
| Expert Discovery cut-off | November 13, 2026 | December 18, 2026 |
| Last day to file all motions (including SJ and Daubert motions but not motions in limine) | November 20, 2026 | January 15, 2027 |
| Oppositions to motions | December 18, 2026 | February 12, 2027 |
| Reply to motions | January 15, 2027 | March 12, 2027 |

DATED: October 14, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Ognjen Zivojnovic
Ognjen Zivojnovic (SBN 307801)
*Attorneys for Defendant Google LLC*

DATED: October 14, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: /s/ Alyssa M. Caridis
Alyssa M. Caridis (SBN 260103)
*Attorneys for Plaintiff Sonos, Inc.*

**FILER'S ATTESTATION**

I, Alyssa M. Caridis, pursuant to Local Civil Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 14, 2026

*/s/* Alyssa M. Caridis
Alyssa M. Caridis