**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONOS, INC.,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 2:20-cv-00169-JAK (DFMx)<br>**ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 310)** |

Based on a review of the Joint Motion to Modify Scheduling Order, Dkt. 310 ("Motion"), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is **GRANTED**. The pretrial deadlines are amended as follows:

| **Event** | **Current Date** | **Continued Date** |
|---|---|---|
| Sonos provides counterproposal regarding case narrowing | n/a | October 20, 2026 |
| Patentee's rebuttal expert report on issues where accused infringer has burden of proof | October 23, 2026 | November 13, 2026 |
| Expert Discovery cut-off | November 13, 2026 | December 18, 2026 |
| Last day to file all motions (including Summary Judgment and *Daubert* motions but not motions in limine) | November 20, 2026 | January 15, 2027 |
| Last day to file oppositions to all motions | December 18, 2026 | February 12, 2027 |
| Last day to file replies in support of all motions | January 15, 2027 | March 12, 2027 |

There will be no further continuances absent a showing of compelling circumstances that could not reasonably have been anticipated.

**IT IS SO ORDERED.**

Date: October 23, 2026

John A. Kronstadt
United States District Judge