UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-00169-JAK-DFMx | Date | October 26, 2026 |
| Title | Sonos, Inc. v. Google LLC | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cole Richter<br>Sydney Hecimovich | Melissa Baily<br>Lance Yang |

**Proceedings:** **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKTS. 214, 237, 239)**

The hearing on Defendant’s Motion for Summary Judgment (“Motion”), Dkts. 214, 237, 239, is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court proposed that the parties continue their discussions regarding a potential resolution of this matter. If the parties believe working with a bench officer in an effort to resolve this matter would be productive, they may communicate any such request through the Courtroom Deputy Clerk.

**IT IS SO ORDERED.**

: 49

Initials of Preparer mal