Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Melissa J. Baily (SBN 237649)
melissabaily@quinnemanuel.com
James D. Judah (SBN 257112)
jamesjudah@quinnemanuel.com
Ognjen Zivojnovic (SBN 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Lance Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant and Counterclaimant Google LLC*

Sean M. Sullivan (Admitted *Pro Hac Vice)*
sullivan@ls3ip.com
Cole B. Richter (admitted *Pro Hac Vice*)
richter@ls3ip.com
George I. Lee (Admitted *Pro Hac Vice*)
lee@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL 60661
Tel: 312-754-0002/Fax: 312-754-0003

Clement S. Roberts (SBN 209203)
croberts@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700/Fax: 415-773-5759

Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Tel: 213-629-2020/Fax: 213-612-2499

*Attorneys for Plaintiff and Counterclaim Defendant Sonos, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SONOS, INC.,

*Plaintiff-Counterclaim Defendant,*

vs.

GOOGLE LLC,

*Defendant-Counterclaimant.*

CASE NO. 2:20-cv-00169-JAK (DFMx)

**JOINT STATUS REPORT REGARDING PENDING AND DENIED POST-GRANT REVIEWS**

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") jointly file this status report to apprise the Court, after the October 1, 2026 hearing on Google's motion to stay, Dkts. 256, 269, 283, of the status of each Sonos asserted patent at the United States Patent and Trademark Office ("USPTO").

**Asserted Patents Directed to Synchronization Technology**

’258 Patent *ex parte* reexamination denied on October 1, 2026; Google is preparing a petition for director review of the institution decision.

’001 Patent: *ex parte* reexamination denied on October 9, 2026; Google will file a petition for director review of the institution decision by November 2, 2026.

’953 Patent: *ex parte* reexamination instituted on September 24, 2026; no Office Action yet mailed.

’715 Patent: no decision on whether to institute yet mailed.

**Asserted Patents Directed to Group and Individual Volume Control Technology**

’014 Patent: *ex parte* reexamination denied on September 15, 2026; Google filed a petition for director review of the institution decision on October 7, 2026, which is still pending.

’949 Patent: *ex parte* reexamination denied on May 5, 2026; Google filed a petition for director review of the institution decision on June 1, 2026, which is still pending.

**Asserted Patents Directed to Stereo Pairing Technology**

’959 Patent: *ex parte* reexamination denied as to all claims asserted in this action, but instituted on other unasserted claims on September 17, 2026; Google filed a petition for director review of the institution decision on October 19, 2026, which is still pending.

’025 Patent: *Inter Partes* Review instituted on May 15, 2026; the proceeding is pending, and the final written decision is expected by May 15, 2027.

**Asserted Patents Directed to Secure Network Setup Technology**

’896 Patent: *ex parte* reexamination instituted on October 16, 2025; no Office Action yet mailed.

’883 Patent: *ex parte* reexamination instituted on April 27, 2026; no Office Action yet mailed.

Dated: October 28, 2026

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Alyssa Caridis*
Alyssa Caridis
*Attorneys for Plaintiff Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Ognjen Zivojnovic*
Ognjen Zivojnovic (SBN 307801)
*Attorneys for Defendant Google LLC*

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-4.3.4(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 28, 2026

*/s/ Alyssa Caridis*
Alyssa Caridis